```
            UNITED STATES DISTRICT COURT
              DISTRICT OF CONNECTICUT
```

JAMES McKINNON
                                                PRISONER
    v.                         CASE NO. 3:03CV71(JBA)

DELGADO, et al.

                           ORDER

Plaintiff James McKinnon ("McKinnon"), currently incarcerated at Cheshire Correctional Institution in Cheshire, Connecticut, filed this civil rights action pro se and in forma pauperis pursuant to 28 U.S.C. § 1915. The original complaint, received by the court on January 9, 2003, named as defendants Delgado, John Lahda, Akeem Hashing, Bruono, Kozikowski, Frank, Thankappan and Sandy Orleman. McKinnon alleged that the defendants improperly confined him in four-point restraints and injected him with medication against his will.

On March 10, 2003, the court ordered McKinnon to file an amended complaint demonstrating that he exhausted his administrative remedies with regard to each claim included in the original complaint. McKinnon was instructed to include in the amended complaint the claims he asserted in the original complaint and to attach copies of the grievances he filed regarding each claim. McKinnon was provided a copy of the original complaint to enable him to comply with this order.

On April 2, 2003, McKinnon filed an amended complaint. Although the amended complaint includes different defendants in

the case caption, the court has determined that McKinnon has attempted to comply with the court's order.  He has attached a copy of a level 2 health grievance in which he sought copies of medical records. The response, denying the appeal, referenced the June 27, 2002 incident that is the subject of this action and indicated that no further appeal was possible.  Thus, the court concludes that McKinnon has fulfilled the intent of the inmate grievance process.  He has informed correctional officials of his concerns and they have addressed those concerns.

It is not clear whether McKinnon intended to withdraw his claims against the defendants whose names were not included in the amended complaint.  Thus, the court will order the complaint served on all defendants included in the original and amended complaints.

To enable the U.S. Marshal to effect service of the original and amended complaints on the defendants, Jose Delgado, John Lahda, Helen Dorsey, Sandy Orleman, Yolanda Zayas, Dr. Thankappan, Akeem Hashing, Bruono, Kozikowski and Frank, in their individual capacities, McKinnon is directed to complete one of the enclosed Marshal service forms for each defendant using his full name and current work address.  In addition, McKinnon is directed to complete one Marshal service form for all defendants c/o Attorney General.  The address for the Attorney General is 55 Elm Street, Hartford, CT 06106.

McKinnon shall complete and return to the court the enclosed

service forms, one set of completed Notice of Lawsuit and Waiver of Service of Summons forms for each defendant and eleven copies of his original and amended complaints within **thirty** days of the date of this order.  Plaintiff is cautioned that failure to return the forms and copies in a timely manner to the Clerk at 915 Lafayette Boulevard, Bridgeport, CT  06604, may result in the dismissal of this case without prejudice and without further notice from this court.

Upon receipt of the forms, the Clerk is directed to forward the appropriate papers to the U.S. Marshal.  The U.S. Marshal is directed to serve the original and amended complaints on the defendants in their individual and official capacities.  The U.S. Marshal shall file returns of service within sixty days from the date the service packages are delivered to the U.S. Marshal Service.

Each defendant is hereby ordered to file an appearance in his individual capacity within **sixty (60)** days from the date he signs a waiver of service of summons and in his or her official capacity within **thirty (30)** days from the date of service.

**SO ORDERED** this 5th day of November, 2003, at Bridgeport, Connecticut.


                              ____/s/_____
                    _____HOLLY B. FITZSIMMONS
                                   UNITED STATES MAGISTRATE JUDGE