UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

*FILED*

*Nov 20   11 55 AM '03*

*U.S DISTRICT COURT*
*NEW HAVEN, CONN*

JAMES McKINNON                         :

                               :                              **PRISONER**

    v.                                   :       Case No. 3:03CV71 (JBA)(JGM)

                                 :

JOSE DELGADO, et al.                    :

## RULING AND ORDER

Pending are plaintiff's "Motion Evidence of Exhaustion" and "Motion to Amend

Complaint for Appointment of Counsel." For the reasons that follow, both motions are

denied.

In the first motion, plaintiff ask the court to accept evidence of exhaustion. No

evidence is attached to the motion. In addition, the court has construed the amended

complaint, filed on April 2, 2003, with attached inmate grievance forms, as plaintiff's

response to the court's order that he provide evidence that he exhausted his

administrative remedies with regard to the claim asserted in the original complaint.

Accordingly, plaintiff's motion [**dkt. #24**] is **DENIED**.

Plaintiff also has filed a third motion for appointment of <u>pro</u> <u>bono</u> counsel. In the

rulings denying the previous two motions, the court informed plaintiff that before the

court will consider his request, he must show that he is unable to obtain <u>pro</u> <u>bono</u>

representation on his own and that the legal assistance available from Inmates' Legal

Assistance Program is inadequate at this stage of the litigation. Plaintiff has made no

such showing in this motion.  Accordingly, plaintiff's motion for appointment of counsel [**dkt. #25**] is **DENIED** without prejudice for the reasons stated in the court's previous two rulings.  (<u>See</u> Dkt. ##18, 23.)

**SO ORDERED**.

Entered this _____ day of November, 2003, at New Haven, Connecticut.

JOAN G. MARGOLIS
UNITED STATES MAGISTRATE JUDGE