United States District Court

District of Connecticut

FILED
2003 DEC -3 P 5:58

James McKinnon    case, 3:03CV71(JBA)(JGM)
100770
Plaintiff

november, 20, 2003

V.

Jose Delgado, ETal
John LaHDa
Helen Dorsey
Sandy Orleman
Yolanda Zayas
THanKoppan
Akeem Hashing
Bruono
Kozikowski
Frank

Defendant's Individual Capacity?

Plaintiff motion To Comply with Order Date os, noveber, 2003 To provide Complaint with amended Complaint To enable the U.S. Marshal To Service Defendants packages.

Byx James McKinnon
James McKinnon Prose
900 Highland Avenue
Cheshire CT 06410

1. plainTiff James McKinnon pro,se moves This court respectfully, For immediate relief in the form of an injunction barring Connecticut Department of Correctin from further hindered of plaintiff's efforts To pursue This legal claim,

2. plaintiff respectfully request That The court provide copies for the U.S. Marhal Serivce.

3. The plaintiff is in Administrative housing and limited regards To receiving assistance, I have ask my counselor Today To make The copies of plaintiff Original Complaint and That it's a court Order, and That I'm indigent Exhibit "A" Then She said That She's not making all Them copie's.

4. Also plaintiff is without a copy of The amended complaint, I Submitted The Original To court.

5. Plaintiff ask The court To provide This request respectfully To Stop my complaint From entered a judgement of a dismissal

By /s/ James McKinnon
James McKinnon, prose
900 Highland Avenue
Cheshire CT 06410

6. Plaintiff is indigent and has a currently balance of my institutional account and request permission to proceed without fees and that there waived.

7. This denial of the right of access to the courts, inmates denied necessary fundamental constitutional right to the court, please see, Lewis v. Casey, 116 S. Ct. 2174, 2180 (1996) quoting Bounds v. Smith, 430 U.S. 817, (1977).

8. also plaintiff has suffered "actual injury" as a result of this denial, please see, Id. at 2179-2180.

9. plaintiff can show that prison officials failure to provide adequate legal research assistance, Hindered plaintiff efforts to pursue this legal clam; for example by preventing plaintiff from meeting court Order deadline to presenting effective claim, please see, 2180 Id at 2180,

10. The United States Constitution and the Connecticut Constitution guarantee prisoner access to state and federal courts, please see, Bounds v. Smith, 430 U.S. 817, 821, (1977); See also Conn Const. Art 1-§10.

By: *James McKinnon*
James McKinnon Prose
900 Highland Avenue
Cheshire CT 06410

11. Plaintiff James McKinnon is a citizen of United States who presently resides at Cheshire Correctional Institution 900 Highland Avenue Cheshire CT 06410

12. Defendants is citizen's of United States who presently resides at Garner Correctional 50 nunnawak Road newTown, CT 06470

By x /s/ James McK_____

James McKinnon pro se
900 Highland Avenue
Cheshire CT 06410

United States District Court

District of Connecticut

Certificate

James McKinnon
    Plaintiff

v.

Jose Delgado, ETaL
    Defendants

Plaintiff above certifces this attachment that this claim To be True and To The best of my ability affirmed. on This 20th day of november, 2003

By: James McKinnon
James McKinnon pro se
900 Highland Avenue
Cheshire CT 06410

**OMS 4.0 - [DISPLAY TRUST ACCOUNTS]**

User: CHE103         CONNECTICUT DEPARTMENT OF CORRECTION         Date: 10/30/2003

DOC#: 0000100770    Name: MCKINNON  JAMES  LEE   11/09/1961
BKG#: 4             Location: 125-H;                ACTIVE-IN

**Offender Balances**

☐ Closed Account
☐ Disbursement Freeze?    Total: 9.32    Current: 9.32    Hold: .00    ☐ Indigent?

**Offender Sub Accounts**

| Acnt Code | Type | Description | Balance | Indigent Since | Days Remaining |
|---|---|---|---|---|---|
| 2101 | REG | SPENDABLE | 1.32 | 10/14/2003 | 74 |
| 2102 | SAV | SAVINGS | .00 | | |
| 2103 | BONDS | BONDS | .00 | | |
| 2104 | PLRA | PLRA | 8.00 | | |

**Offender Payables**

| Type | Description | Create | Info Number | Orig Amt | Total Paid | Total Owing |
|---|---|---|---|---|---|---|
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

Unique identifier for the offender.                                         OTIDTAC
Record: 1/1


Exhibit "A"

# Restrictive Housing Unit Status Order
## Connecticut Department of Correction

CN 9401
Attachment C, page 1
Rev. 9-8-95

| Facility: | Cheshire Correctional Institution | | |
|---|---|---|---|
| Inmate name | James Lee McKinnon | Inmate number | 100770 |

## SECTION 1: STATUS

Placement in restrictive housing unit. (Check and date the appropriate description.)

| | | | | | |
|---|---|---|---|---|---|
| ☐ | Transfer detention | Date | ☐ | Administrative segregation | Date |
| ☒ | Administrative detention | Date  11/8/2003 | ☐ | Punitive segregation | Date |
| ☐ | Administrative segregation transition | | | Date | |
| ☐ | Close custody, chronic discipline | | | Date | |
| ☐ | Close custody, security risk group safety threat member | | | Date | |

## SECTION 2: REASON FOR PLACEMENT

The inmates's/my continued presence in the general population poses a serious threat to the life, property, self, other inmates, and/or the security of the institution because:

Inmate McKinnon is being placed on administrative detention pending a disciplinary report for "interferring with safety and security".

| Signature of supervisor  C. Padro | | Date  11/8/2003 |
|---|---|---|
| Inmate given copy of this form | Time  11:00  ☐ a.m.  ☒ p.m. | Date  11/8/2003 |