UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

FILED

Dec 11  4 05 PM '03

U.S. DISTRICT COURT
NEW HAVEN, CONN.

JAMES McKINNON                      :
                                    :               PRISONER
        v.                          :        Case No. 3:03CV71 (JBA)(JGM)
JOSE DELGADO, et al.                :


RULING AND ORDER

On November 7, 2003, the court ordered plaintiff to complete service forms and provide eleven copies of his original and amended complaints within thirty days. On December 3, 2003, plaintiff returned the completed service papers but not the required copies. Instead he filed a motion asking the court to make the copies for him. Plaintiff states that, on November 20, 2003, his counselor refused to make copies of the original complaint and that he does not have a copy of the amended complaint.

Plaintiff's motion [**dkt. #29**] is **DENIED**. Although the court will not make copies for plaintiff, it will afford him an additional **thirty (30)** days to provide eleven copies of his original and amended complaints. The Clerk is directed to send plaintiff a copy of the amended complaint with this order. In addition, the Clerk is directed to send a copy of this order to Assistant Attorney General Henri Alexandre at 110 Sherman Street, Hartford, Connecticut 06105. It is the court's understanding that correctional staff will make copies for indigent inmates when the court has ordered the copies to be supplied. The court requests that AAG Alexandre contact the correctional facility to ascertain

whether the correctional counselor has refused to make copies for plaintiff.

**SO ORDERED** this ___10th___ day of December, 2003, at New Haven,

Connecticut.

JOAN G. MARGOLIS
UNITED STATES MAGISTRATE JUDGE