United States District Court

District of Connecticut

James McKinnon  
100 770  
Plaintiff

Case 3:03CV71 (JBA)(JGM)

December 23, 2003

V.

Jose Delgado, ETal.  
Defendant's    Individual Capacity

### Access To Court

1. Plaintiff James McKinnon pro.se. respectfully moves this court for Emergency immediate relief in the form of an injunction barring Walker Receptional Special Management Unit 1153, East Street South Suffied Connecticut 06078 Unit Manager Captain Burke and Counselor Cordaro from further Hindered violations.

By: *James Lee McKinnon*  
James Lee McKinnon Pro.se  
Walker Reception  
1153-East-Street-South  
Suffied CT 06078

2. plainTiff request emergency help in the form of an injunnction that plainTiff has five envelopes a week to send in court deadline dockuments.

3. plainTiff has fourteen case's on docket and has to provide a copy of motion's to attorney general assistant the same time as court.

4. problem is I am only provided five envelopes a month, no manela legal envelopes a month; I am indigent And Counselor mr, Cordaro also unit manager Captain mr, Burke said that they would only supply five legal envelopes a month.

5. Also for example I was provided no manela legal envelope to send court order for U.S. marshal complaint forms;

6. on 12-18-03 I had to use an old manela envelope that came from U.S. court clerk office over; I had to tape it.

7. All so in violation I'm not receiving my legal mail that's not being sighned for like other correctional facilis reason it's not delivered in prison on time.

8. I receivd this fourteen pieces of legal mail on the same day its from u.s, court also Exhibit "A"

9. This is Another piece of legal mail on Exhibit "A-1" from Assistant Attorney general came to Walker prison on the 12-9-03, But I received it on the 12-18-03, 9 day's after it came in the prison! because Inmate are not to give a signature for the date it came it! a violation also it's hindered my filing deadline. I thank this court for any thing to help. Respecfully.

By x /s/ James Lee McKinnon
James Lee McKinnon prose
Walker Reception Unit
1153-East-Street-South
Suffield, CT 06078

11. The United States Constitution and the Connecticut Constitution guarantee prisoners access to state and federal court. please see; Bonds v. Smith, 430 U.S. 817, 821 (1977); see also Conn. Const. Art. I, § 10

12. This means that prisoners must not be deprived of anything that is necessary to give them a adequate opportunity to present claimed violations of fundamental constitutional rights to the court; please see; Bonds v. Smith, 430 U.S. 817, 825, (1977).

13. Prison officials must assist inmates in the preparation and filing of meaningful legal papers by providing prisoners with adequate law libraries or adequate assistance from persons trained in the law; please see; Id. at 828.

14. They must provide inmates (plaintiffs) access to paper, pens, and stamps envelopes legal, rights of access to the court; please see; Lewis v. Casey, 116 S. Ct. 2174, 2180 (1996) quoting Bonds v. Smith, 430 U.S 817 (1977).

15. Plaintiff have suffered "actual injury" as a result of this denial, please see; Id. at 2179-2180.

16. This means I can show that prison officials' failure to provide adequate legal assistance Hindeed my efforts to pursue my case's, please see; Id. at 2180.

By: /s/ James Lee McKinnon
James Lee McKinnon pro se
Walker Reception Unit
1153-East Street South
Suffield Connecticut
06078

(A) *James McKinnon*

# MACDOUGALL-WALKER C.I.

## INMATE RECEIPT OF LEGAL CORRESPONDENCE

Today's Date: 12-18-03    Unit: B-1    Page 1 of 1

Exhibit "A-1"

| Inmate Name | Pod | Inmate Signature | Sender | Staff Signature |
|---|---|---|---|---|
| McKinnon #100770 | B-13 | James McKin | 12-3-03 U.S. Court | M Craw |
|  | B-13 | James McKin | 12-9-03 U.S. Court |  |
|  | B-13 | James McKin | 12-2-03 U.S. Court |  |
|  | B-13 | James McKin | 12-9-03 U.S. Court |  |
|  | B-13 | James McKin | 12-8-03 U.S. Court |  |
|  | B-13 | James McKin | 12-8-03 U.S. Court |  |
|  | B-13 | James McKin | 12-9-03 UCONN |  |
|  | B-13 | James McKin | 12-5-03 D.S.A.D In Dept mel |  |
|  | B-13 | James McKin | 12-9-03 ATT Gen office |  |
|  | B-13 | James McKin | 12-8-03 ATT GEN office |  |
|  | B-13 | James McKin | 12-8-03 ATT Gen office |  |
|  | B-13 | James McKin | 12-11-03 Protection Al |  |
|  | B-13 | James McKin | 12-1-03 U.S. Court |  |
|  | B-13 | James McKin | 12-8-03 ATT Gen office |  |

If an inmates refuses to sign his Legal Mail, Write "Refused to Sign" in the Inmate Signature Block, and have the Pod Officer note the refusal in the Unit Log Book.

Supervisor's Signature _____



# MacDougall-Walker Correctional Institution
# INMATE REQUEST FORM

**HOUSING/UNIT/CELL** B-13  **DATE** 12-18-03
**INMATE NAME** James McKinnon  **NUMBER** 100770
**REQUEST** To: Counselor Mr. Cordaro I'd like to know how come you came with my legal mail from Attorney General Lynn D. Wittenbrink that came to this place "December 9, 2003, just came to me today December 18, 2003, this was not forwarded to me or logged on time, that's 9 day's after "privileded Correspondence.
I thank you for this time.

(CONTINUE ON BACK PAGE IF NECESSARY)

**PREVIOUS ACTIONS TAKEN** _____

(CONTINUE ON BACK PAGE IF NECESSARY)

**SUBMITTED TO** _____  **DATE RECEIVED** _____
**ACTED ON BY** _____
**ACTION TAKEN AND/OR RESPONSE** _____
Please write to Mail Handler Richardson in regards to this issue.

(CONTINUE ON BACK PAGE IF NECESSARY)

**DATE OF RESPONSE TO INMATE** 12/19/03
**SIGNATURE OF STAFF MEMBER** _____

(REVISED 6/2001)