United States District Court
District of Connecticut

James McKinnon                    3:03cv71 (JBA)(JGM)
  100770
  Plaintiff
                                  December 23, 2003
v.

Jose Delgado; Et al.
  Defendants    Individual Capacity


Plaintiff James McKinnon pro se moves this court Respectfully for copy of Amended Complaint to enable the U.S. Marshal to effect service on the defendants court has original; plaintiff was without counselor assist in making copies; at this time plaintiff can complete copies properly thanks to court order.

Plaintiff has complete one 285 form to be served on all defendants, Also complete is one notice of lawsuit and waiver of service of summons form and waiver of service of summons form for each defendant in his and her Individual Capacity and one notice of lawsuit and waiver of service of summons form and one waiver of service of summons form for each defendant.
Also plaintiff opoligize to court for the inconvenvenience.

                              By: James Lee McKinnon
                                  James Lee McKinnon pro se
                                  Macdougall-Walker
                                  1153 East Street South
                                  Suffield, CT 06080

# Certification

James McKinnon                        3:03CV71 (JBA)(JGm)
   Plaintiff

V.

Jose Delgado; ETaL
Defendants

Plaintiff above certification through this attachment that this claim to be true and to the best of my ability on this 23 Day of December, 2003

Also, plaintiff is indigent and respectfully request permission to proceed without fees that any copig be waived.

By: /s/ James Lee McKinnon
James Lee McKinnon prose
macdougall walker
1153- East Street South
Suffield, CT 06080