United States District Court
District of Connecticut

FILED
2004 JAN -9 PM
US DISTRICT COURT
BRIDGEPORT CT

James McKinnon         Case 3:03CV71(SB3A)(JGM)
100 710
Plaintiff

v.                              January 5, 2004

Jose Delgodo, Et Al
" And Other's "

Defendants Individual Capacity


Plaintiff Response To
Court Ruling and Order
Dated December 11, 2003

Plaintiff James McKinnon prose moves The Court Respectfully for a immediate relief in the form of an injunnction barring Connecticut Department of Correctional From Further Hindered plaintiff From meeting a court order deadline, Example plaintiff received U.S. District court mail on January 2, 2004 with a date on it from December 18, 2003,, Also I ask my Counselor Mr. Cordaro For Copies, he said he was comming back and that was Friday-1-2-2004 He came on monday 10:Am and Said the Copying has no ink, plaintiff maile is not on Time also; without prison counsel or-assist with making copies at this Time. For Amended Complaint.

Also when plaintiff ask if it was a other one he said Keep on and you'll have a Disciplinary.    Byx James Le McKin
                                                                        James Lee McKinnon pro
                                                                        macdougall-walker unit
                                                                        1153-East Street South
                                                                        Suffield connecticut
                                                                        06078

(1)

# Memorandum of Law

1. United States Constitution and the Connecticut Constitution guarantee prisoners access to state and federal court, please see,

    Bounds v. Smith, 430 U.S. 817, 821 (1977) also Conn. Const. Art. 1, § 10.

2. This means that prisoners must not be deprived of anything that is necessary to give them a reasonably adequate opportunity to present claim of violation's of fundamental constitutional rights to the court, please, see;

    Bounds v. Smith, 430 U.S. 817, 825 (1977).

3. Prison officials must assist inmate's in the preparation and filing of meaningful legal papers by providing prisoners with adequate law libraries or adequate assistance from persons trained in the law. please; see;

    Id. at 828.

4. They must provide inmates access to paper, pens, and stam envelopes, plaintiff has this last one for the month, of January 2004,

By James Lee McKinnon pro se
James Lee McKinnon
Macdougall-Walker unit
1153- East Street-South
Suffield Connecticut
06078

(2)

# Memorandum of Law

5. Succeed in a lawsuit alleging denial of the right of access to the court; inmate's must show that they have actually been denied something necessary to enable them to present claimed violations of fundamental constitutional rights to the court; please see;

Lewis v. Casey, 116 S. Ct. 2174, 2180 (1996) quoting Bound v. Smith, 430 U.S. 817 (1977)

6. and that they have suffered actual injury as a result of that denial please; see;

Id. at 2179-2180.

7. "This means that an inmate must show that prison officials failure to provide adequate legal assistance Hinderd his efforts to pursue a legal claim" for example by preventing the inmate from meeting a filing deadline to presenting an effective claim. please; see;

Id. at 2180.

8. In addition, the inmate may need to show that the denial of access to the courts was not the product of prison regulations reasonably related to legititimate penological interests. please; see;

Id. at 2185.

9. This is not for a lawsuit is to have copies and Envelopes and for them not to Threaten plaintiff with a Disciplinary. (Respectfully Submitted)

Plaintiff opoligize for the inconvenience.

By: James Lee McKinn[signature]
James Lee Mckinnon pro se
macdougall walker unit
1153 East Street South
Suffield Connecticut
06078

(3)

EXHIBIT (1)   *James McKinnon*



# MacDougall-Walker Correctional Institution
# INMATE REQUEST FORM

HOUSING/UNIT/CELL **43-cell-13-7**     DATE **1-4-04**
INMATE NAME **James McKinnon**     NUMBER **100770**
REQUEST **Counselor Mr. Cordaro I'd like to know will you have my property today, I need my hair comb and sneaker. and my copie's I have a court order from December 11, 2003**

(CONTINUE ON BACK PAGE IF NECESSARY)

**PREVIOUS ACTIONS TAKEN** _____

(CONTINUE ON BACK PAGE IF NECESSARY)

**SUBMITTED TO** _____  **DATE RECEIVED** _____
**ACTED ON BY** _____
**ACTION TAKEN AND/OR RESPONSE** *Not today, I'm it have it by the end of the week.*

(CONTINUE ON BACK PAGE IF NECESSARY)

**DATE OF RESPONSE TO INMATE** _____
**SIGNATURE OF STAFF MEMBER** _____

(REVISED 6/2001)

James McKinnon   Case 3:03cv71 (JBA)(JGM)
Plaintiff

V.

Jose Delgodo, ETaL
"And Others"

Plaintiff above certifices through this attachment that this claim to be true and to the best of my ability on this 5 Day of January, 2004

(Emergency For court Ruling and Order.)

Bx /s/ James Lee McKinnon
James Lee McKinnon prose
macdougall-Walker unit
1153-East Street South
Suffield Connecticut
06078

(4)