United States District Court

District of Connecticut

James McKinnon     Case 3:03CV71 (JBA)(JGM)
   100770
   Plaintiff

V.                 Date 1-6-04
                   January 2004

"Jose Delgado, Et al
 And Others"


Plaintiff motion is to complete court order dated December, 4, 2003, plaintiff Correspondencn with Ruling just came for copies, also I was moved from cheshire.

(Plaintiff Correspondencn came)
1-2-2004

By: _James Lee McKinnon_
James Lee McKinnon pro se
Walker Reception unit
1153 East Street South
Suffield CT 06078

James McKinnon case no. 3:03cv71 (JBA)(JGM)
100770
Plaintiff

V.

Jose Delgado, ET al
Defendants

Plaintiff above certifiy through this attachment that this claim to be true and to the best of my ability on this 6 Day of January, 2004

By: James Lu McKinnon
James Lee McKinnon pro se
macdougal walker unit
1153, east street south
Suffield Connecticut
06078