James McKinnon — Exhibit A
James McKim

HR925 REV. 12/95
CONNECTICUT DEPARTMENT OF CORRECTION
**PHYSICIAN'S ORDERS**

| INMATE NUMBER | DATE OF BIRTH |
|---|---|
| 100770 | 11/9 |

INMATE NAME (LAST, FIRST, INITIAL): McKinnon, James

SEX: M   RACE/ETHNIC: B   FACILITY: Carver

**INSTRUCTIONS FOR USE:** Physicians must sign name and title under each order. Each order must be initialed in the space provided by the licensed nurse who transcribed the order. Medications will be dispensed according to brands stocked in pharmacy.

**DRUG ALLERGIES / HYPERSENSITIVITY** NKA

| Date | Time | ORDER / RATIONALE | Nurse's Signature and Title |
|---|---|---|---|
| 1/23/03 | 130P | Motrin 800mg # 8 TAB 1TAB qid × 2 days D/C Tylenol order for 2 days and then Resume TOP  DR. DENNIS R. PETERSEN, D.M. | |
| 1/28/03 | 1130A | Hold Tylenol order for 5 DR. DENNIS R. PETERSEN, D.M. Motrin 800mg × 20 TAB 1TAB ___ | |
| 2/4/03 | 9P | Maalex 30 cc's po ± ___ meds until seen by MD. T.O. Dr. ___ | |
| 2/4/03 | 10:55A | ① Wellbutrin 150mg po 1PM + 8PM ② Clonidine 0.2mg po q 1PM + 8PM ③ Topamax 50mg po q 1PM + 8PM | |
| 2/5/03 | | Maalox 30cc po ½ hour before AM meds × 5 months | |
| 2-10-03 | 1400 | Erythromycin Opth oint BID OS × 10 days  MINGZER TUNG, M.D. | |
| 2/20/03 | 930 | Clonidine 0.2mg q6°prn ___ T.O. Dr. ___ | |

**AUTHORIZATION IS HEREBY GIVEN TO DISPENSE THE MEDICATION EQUIVALENT (UNDER THE D.O.C. FORMULARY SYSTEM) UNLESS THE PRODUCT DESCRIBED IS CIRCLED**

(14)

James McKinnon Exhibit (B)

HR325 REV. 12/95    James McKinnon
CONNECTICUT DEPARTMENT OF CORRECTION
**PHYSICIAN'S ORDERS**

| INMATE NUMBER | DATE OF BIRTH |
|---|---|
| 100770 | 11 / 9 / 6 |

| INMATE NAME (LAST, FIRST, INITIAL) | | |
|---|---|---|
| McKinnon, James | | |
| SEX | RACE/ETHNIC | FACILITY |
| Ⓜ F | Ⓑ W H O | GCI |

INSTRUCTIONS FOR USE: Physicians must sign name and title under each order. Each order must be initialed in the space provided by the licensed nurse who transcribed the order. Medications will be dispensed according to brands stocked in pharmacy.

| DRUG ALLERGIES / HYPERSENSITIVITY | NKA |
|---|---|

| Date | Time | ORDER / RATIONALE | Nurse's Signature and Title |
|---|---|---|---|
| 1/8/03 | 4 PM | Vaseline D/C 2-8-03<br>Basis soap D/C 2-8-03<br>Move LFT testing to this month<br>Return after LFT back | faxed 1/9/03 |
| 1/2/03 | 10:25 | Clonidine 0.2 mg pg q6h prn anxiety x1wk | |
| 1/29/03 | 2 AM | Selsun Shampoo x 6 month<br>Tylenol 325 mg 1-2 po q6 hours x 3 month<br>Vaseline tab apply to b.i.d x 6 month<br>Nizoral shampoo x 6 month<br>T-gel shampoo x 6 month<br>Tenofovir 300mg po qd c dinner x 3 month<br>Epivir 150 mg po q 12 hours x 3 month<br>Zerit 40 mg po q 12 hours x 3 months<br>CD4 and HIV viral load in 6 wks<br>BTC in 6 wks | |

Exhibit (B)

AUTHORIZATION IS HEREBY GIVEN TO DISPENSE THE MEDICATION EQUIVALENT
(UNDER THE D.O.C. FORMULARY SYSTEM) UNLESS THE PRODUCT DESCRIBED IS CIRC

(15)

James McKinnon Exhibit C
James McKinnon

HR925 REV. 12/95
**CONNECTICUT DEPARTMENT OF CORRECTION**
**PHYSICIAN'S ORDERS**

| INMATE NUMBER | DATE OF BIRTH |
|---|---|
| 100776 | 11/9/61 |

INMATE NAME (LAST, FIRST, INITIAL): McKinnon, James

SEX: (M) F   RACE/ETHNIC: (B) W H O   FACILITY: GCI

**INSTRUCTIONS FOR USE:** Physicians must sign name and title under each order. Each order must be initialed in the space provided by the licensed nurse who transcribed the order. Medications will be dispensed according to brands stocked in pharmacy.

## DRUG ALLERGIES / HYPERSENSITIVITY — NKA

| Date | Time | ORDER / RATIONALE | Nurse's Signature and Title |
|---|---|---|---|
| 11-13-02 | 14:00 | May have flu vaccine (make sure pt not allergic to eggs) — MINGZER TUNG, M.D. | noted [illegible] 11/18/02 |
| 11/20/02 | 11 AM | Basis soap g month × 6 month<br>Vaseline × 6 month<br>LFT's in 2 months<br>CD4 and HIV viral load in 2 months<br>RTC after bloodwork back | noted [illegible] 11/20/02 1545 |
| 12/3/02 | | Wellbutrin 100mg po 1pm + 8pm<br>Clonidine 0.2mg po 1pm + 8p<br>Topiramate 50mg po 1pm + 8p<br>Clonidine 0.2mg po Q6° PRN<br>T.O. Dr Harris / N. Stanton<br>DOT | × 30 days |
| 12/9/02 | 2:30p | ⓡ Syphil cell serology | |

Exhibit C

**AUTHORIZATION IS HEREBY GIVEN TO DISPENSE THE MEDICATION EQUIVALENT (UNDER THE D.O.C. FORMULARY SYSTEM) UNLESS THE PRODUCT DESCRIBED IS CIRCLED.**

⑯



# STATE OF CONNECTICUT
## DEPARTMENT OF CORRECTION
24 WOLCOTT HILL ROAD
WETHERSFIELD, CONNECTICUT 06109

February 4, 2003

Garner CI
James McKinnon #100770
50 Nunnawauk Road
Newtown, CT 06470

Dear Mr. McKinnon:

Thank you for staying in touch with me. Since our meeting I spoke with Dr. Bogdanoff regarding your status in the program. He reported to me that he would speak to you about moving you off the unit. He agreed that if you could complete the IMHU program it would warrant consideration for a mental health level change to 3. That would result in movement out of mental health housing and potentially a move to another Security 4 institution. My understanding is that you will be completing your present phase in IMHU in mid February.

Keep in touch and let me know what happens.

Sincerely,

Daniel Bannish, Psy.D.
Correctional Health Services Program Director

rm
cc:
Inmate Health Record, Garner CI
file

*An Equal Opportunity Employer*

Exhibit E *James McKinnon*
*James McKinnon*



# STATE OF CONNECTICUT
## DEPARTMENT OF CORRECTION
### 24 WOLCOTT HILL ROAD
### WETHERSFIELD, CONNECTICUT 06109

July 31, 2003

Cheshire CI
James McKinnon #100770
900 Highland Avenue
Cheshire, CT 06410

Dear Mr. McKinnon:

I received your correspondence regarding your mental health medication order expiring. I contacted Cheshire medical and Nurse Donovan checked your chart. She reports that you are now receiving the medication and the order is good until 8/14/03. It appears from the letter that you believe the medication has been helpful to you. Be well.

Sincerely,

Daniel Bannish, Psy.D.
Correctional Health Services Program Director

rm
cc:
Inmate Health Record, Cheshire CI
file

*An Equal Opportunity Employer*

(18)



# STATE OF CONNECTICUT

CHESHIRE CORRECTIONAL INSTITUTION
900 HIGHLAND AVENUE
CHESHIRE, CT  06410

(203) 250-2600

TO:   James McKinnon #100770
      North Block 360
      Cheshire Correctional Institution
      900 Highland Avenue
      Cheshire, CT 06410

FROM:   Counselor Supervisor Bartholomew

SUBJECT:   Request to Major Hall

DATE:   August 27, 2003

---

Your request to Major Hall has been forwarded to my office for a response.

Your medical and mental health treatment needs scores are each level 3.

The remainder of your request is indecipherable. Please contact your unit counselor to address any additional issues you may have.

RB/bv

CC:   Major Hall
      File

(19)

3. I have exhausted available administrative remedies. __✓__ Yes ____ No.
   If your answer is "Yes," briefly explain the steps taken. Attach proof of exhaustion.
   If your answer is "No," briefly explain why administrative remedies were not exhausted.
   with Level "1" and Level "2" inmate grievance form's. Plaintiff is not required to exhaust administrative remedies befor suing under the "public entity" provisions of Title '2' of the Americans with Disabilities Act, please see, noland v. wheatley, 835 F.Supp.476, 482(n.D.In 1983) Finley v. Giacobbe, 827 F.Supp.215, 219 n.3(S.D.N.Y.1993);

### F. PREVIOUSLY DISMISSED ACTIONS OR APPEALS

1. If you are incarcerated and proceeding under 28 U.S.C. § 1915, please list each civil action or appeal you have brought in a court of the United States, while you were incarcerated or detained in any facility, that was dismissed as frivolous, malicious, or for failure to state a claim upon which relief may be granted. Please describe each civil action or appeal. If there is more than one civil action or appeal, describe the additional civil actions or appeals using this same format on a blank sheet which you should label "F. PREVIOUSLY DISMISSED ACTIONS OR APPEALS."
   If you are not incarcerated, go to section G.

   a. Parties to previous lawsuit:

   Plaintiff(s):_____

   Defendant(s):_____

   b. Name and location of court and docket number _____

   c. Grounds for dismissal: ( ) frivolous ( ) malicious ( ) failure to state a claim upon which relief may be granted.

   d. Approximate date of filing lawsuit:_____

   e. Approximate date of disposition: _____

2. Are you in imminent danger of serious physical injury? ____ Yes ____ No.
   If your answer is "Yes," please describe the facts in detail below without citing legal authority or argument.

(20)

United States District Court

District of Connecticut

James McKinnon         Case, 3:03CV71(JBA)(JGM)
  100770
  Plaintiff

V.

Jose Delgado, ET aL
"And Others"

## Certificate

Plaintiff above respecfully certify through this attachment that this claim to be True and to the best of my ability, on this 29th Day of December 2003,

By X James Lee McKinnon
James Lee McKinnon prose
Walker Reception Unit
1153 East Street South
Suffield, Connecticut

(21)

12-29-03

United States District Court

District of Connecticut

To: office of the Clerk
  miss, mary E. Larsen  Thank you.

I have move from cheshire CI

900 Highland Avenue
cheshire Connecticut 06410

  again please
I am at
  James McKinnon 100770
  Walker Receptional Special
  management Unit
  1153- East Street South
  Suffield Connecticut
              06410

I have 14, case's one is 3:03CV71 (JBA)(JGM)