FILED

2004 JAN 29  P 1: 10

US DISTRICT COURT

James McKinnon    Case no. 3:03CV71(JBA)(JGM)
100 770
Plaintiff

V.                          January 23, 2004

Jose Delgado, ETAL
"And Others"

Defendants    Individul Capacity

Plaintiff James McKinnon prose Respectfully move's the court To Thank the court for help to make copies, Plaintiff was without prison counselor assist with making copies properly. Thanks to court Order, Also plaintiff apolligize for the inconvenience.

Respectfully Submitted

By x /s/ James Lee McKinnon
James Lee McKinnon prose
macdougall walker
1153 - East Street
Suffield CT 06078

James McKinnon case 3:03cv71 (JBA)(JGM)
100770
Plaintiff

V.

Jose Delgado, ETaL
" And Others "

Plaintiff above certifecs through this attachment that this claim To be True and To the best of my ability on this 23 Day of January, 2004

By: /s/ James Lee McKinnon
James Lee McKinnon pro se
macdougal Walker
1153 East Street South
Suffield Connecticut
06078