United States District Court

District of Connecticut

United States District Court
District of Connecticut
FILED AT  BRIDGEPORT
2-12 2004
Kevin F. Rowe, Clerk
By Maria Cossette
Deputy Clerk

James McKinnon  Case 3:03cv71(JBA) JGM
100 770
Plaintiff

V.

February 10, 2004

"Jose Delgado
And Others"

1. Plaintiff James McKinnon prose Respectfully moves this court for immediate relef in the form of an injunnction barring the department of Correction from Hindering plaintiff efforts to pursue this Legal Claim, for example by the failure to respond to plaintiff Two Level 'A' grievance's in 30'day that was signature by notary public and hand deliverd was originals to grievan Coordinator John BreedLove with date of second atemp notary 2-5-04. Also no respond from Coordinator from mail violation's of U.S. District Court mail from the clerk office.

By: James Lee McKinnon
James Lee McKinnon prose
MacDougall-Walker-Unit
1153-East Street South
Suffield Connecticut
06078

2. Exhibit ① plaintiff ask his counselor for copy's of the two Inmate Receipt for Legal Correspondence because's of violation's with mail, Request Form, Also To have capt Unit manager Burke To come up with a appropriate response on plaintiff request.

3. Exhibit ② plaintiff ask unit manager Burke for a response Time after Time.

4. Exhibit ③ plaintiff response from Counselor Cordaro That Came with violation of mail.

5. Exhibit ④ plaintiff request for a Incident report because of U.S. Court mail violation! with Counselor Signature Cordaro

6. Exhibit ⑤ plaintiff inmate grievance form Level "A" That has not came from Coordinator in Time with response of violation's.

By× James Lee McKinnon
James Lee McKinnon prose
MacDougall-Walker unit
1153 East Street South
Suffield, CT 06078

Exhibit A

*James Lee McKinnon*



# MacDougall-Walker Correctional Institution
# INMATE REQUEST FORM

HOUSING/UNIT/CELL **B-7-43**    DATE **1-7-04**
INMATE NAME **McKinnon James**    NUMBER **100 770**
REQUEST **To: Counselor Cordero I'd like to have my copy of correspondence two of them! and please ask the caption for my legal mail (that he is keeping from me)**

(CONTINUE ON BACK PAGE IF NECESSARY)

**PREVIOUS ACTIONS TAKEN** _____

(CONTINUE ON BACK PAGE IF NECESSARY)

**SUBMITTED TO** _____    **DATE RECEIVED** _____
**ACTED ON BY** _____
**ACTION TAKEN AND/OR RESPONSE** _____

*Here are your copies*

(CONTINUE ON BACK PAGE IF NECESSARY)

**DATE OF RESPONSE TO INMATE** _____
**SIGNATURE OF STAFF MEMBER** *JC Cordero*

(REVISED 6/2001)



# MacDougall-Walker Correctional Institution
# INMATE REQUEST FORM

HOUSING/UNIT/CELL **B1 13**  DATE **12-30-03**
INMATE NAME **James McKinnon**  NUMBER **100776**
REQUEST  I Recieved Back dated legal mail THREE pieces of legal mail all so one was dated 12-9-03  12-10-03 & Dec 1803 mail was open with out me being present wich is a vicktion. it was sealed back shot with out my name skipping wich indicated it had been opened then closed. I ask counselor Cordero to bring papper so I can sign for legal mail asked him for an incident report on the open legal mail and he stated I'd have to address the issue with unit mng Capt. Burk

(CONTINUE ON BACK PAGE IF NECESSARY)

**PREVIOUS ACTIONS TAKEN** _____

(CONTINUE ON BACK PAGE IF NECESSARY)

SUBMITTED TO _____  DATE RECEIVED _____
ACTED ON BY _____
ACTION TAKEN AND/OR RESPONSE  Counselor Cordero stated that there were no issues with our legal mail. I question him the other day regarding your claim. I have sent the mailroom a copy of this request.  1/8/04

(CONTINUE ON BACK PAGE IF NECESSARY)

DATE OF RESPONSE TO INMATE _____
SIGNATURE OF STAFF MEMBER _____

(REVISED 6/2001)

Exhibit 3

James Lee McKinnon



# MacDougall Walker Correctional Institution
# INMATE REQUEST FORM

HOUSING/UNIT/CELL **B-1-43**    DATE **1-13-04**
INMATE NAME **James McKinnon**    NUMBER **100770**
REQUEST **To: Counselor mr. Cordaro**
This because the day I Recieved Back dated legal mail from you three pieces of legal mail All so one was dated 12-9-03 12-10-03 & December 17-03 mail from U.S. Court was open with out me being present wich is a violation it was sealed Back shot with out my name showing wich indicated it had Been Opened then Closed. I ask you to bring papper so I can sighn for legal mail and that it was opein. I'd like to know how come it was open? Thank you for this time mr. Cordaro have you ask the mail room?

(CONTINUE ON BACK PAGE IF NECESSARY)

PREVIOUS ACTIONS TAKEN _____

(CONTINUE ON BACK PAGE IF NECESSARY)

SUBMITTED TO _____    DATE RECEIVED _____
ACTED ON BY _____
ACTION TAKEN AND/OR RESPONSE **It was sealed when you received it. The name was not showing on the envelope However your cell number was on it.**

(CONTINUE ON BACK PAGE IF NECESSARY)

DATE OF RESPONSE TO INMATE _____
SIGNATURE OF STAFF MEMBER _____ 1/20/04

(REVISED 6/2001)

Exhibit (A)   James Lee McKinnon

# MACDOUGALL-WALKER C.I.

## INMATE RECEIPT OF LEGAL CORRESPONDENCE

Today's Date: 12/30/03   Unit: B-1   Page 1 of 1

James McKinnon
Correspondence open →
Request a Incident Report

| Inmate Name | Pod | Inmate Signature | Sender | Staff Signature |
|---|---|---|---|---|
| McKinnon 100770 | B/3 | James McKinnon | 12-17-03 U.S. Court | |
| | | James McKinnon | 12-10-03 U.S. Court | |
| | | James McKinnon | 12-9-03 U.S. Court | |

If an inmates refuses to sign his Legal Mail, Write "Refused to Sign" in the Inmate Signature Block, and have the Pod Officer note the refusal in the Unit Log Book.

Supervisor's Signature

# Inmate Grievance Form A, Level 1
**Connecticut Department of Correction**

CN 9601A
Rev. 10/07/02

Exhibit (5) James Lee McKin[non]

| | |
|---|---|
| Inmate name: James McKinnon | Inmate No. 100770 |
| Facility: Walker | Housing unit: B-1-43 | Date: 1-20-04 |

☒ Line grievance ☐ Line emergency ☐ Health grievance ☐ Health emergency

**1. Informal resolution.** Attach a copy of Inmate Form (CN 9602) containing the appropriate staff member's response, or indicate why the form is not attached.

See Inmate request forms addressed to Capt Burke & Counselor Cordero Attached Here To and Their Responses

**2. Nature of grievance.** Indicate the events and reasons that led you to file this grievance. Specify dates, places, personnel involved, and how you were affected. (If you need more space, use an 8-1/2-by-11-inch sheet of paper and attach it to this form.)

Several pieces of Legal mail from the U.S. District Court was first with held from me for an unreasonal amount of Time in violation of A.D. 10.7 Inmate Communication Section 4.B., The Legal mail (Clearly marked) was opened and Than Re-Sealed out of my presence, in violation of A.D. 10.7. Inmate Communication Section 3.E. Section H. and Section J. Respectively.

**3. Action requested.** Describe what action you want taken to remedy the grievance.

Investigation, Those Found To Be responsible Disciplined, Their names for further action For Delaying and impeding my access To The Courts

Inmate signature: James Lee McKinnon

You may appeal this decision within 5 days. Use Inmate Grievance Form B.

### FOR OFFICIAL USE ONLY. LEVEL 1 REVIEW

| IGP no. | T no. |
|---|---|
| Date received | Disposition | Date of disposition |

Grievance issue

Reasons

Level-1 reviewer

# Memorandum of Law

7. Privileged mail is entitled to greater confidentiality and freedom from censorship. Privileged mail may not be read in the ordinary course of prison routine. please see; Reneer v. Sewell, 975 F.2d 258, 260 (6th Cir 1992);

8. It may be opened and inspected for contraband but, only in the prisoner's presence. please see; In Wolff v. McDonell, 418 U.S. 539, 577, 94 S.CT 2963 (1974) The Supreme Court approved inspection in the prisoner's presence without stating that it was required.

9. Mail to and from attorneys, courts, paralegals and legal organizations must be treated as privileged; please see; Faulker v. McLocklin, 727 F. Supp. at 489-90 (American Civil Liberties Union and Legal Services program offices) Knop v. Johson, 685 F.Supp at 644, Giarratano v. Bass 596 F.Supp. 818, 819-20 (E.D.Va.1984) Carty v. Fenton, 440 F.Supp. 1161, 1163, 64 M.D.Pa.1977) (mail from state courts is privileged and confidential);

10. Some courts have also accorded privileged status to mail to and from various public officials and agencies of state local and federal government. please see; Muhammad v. Pitcher, 35 F.3d 1081 1083-86 (6th Cir 1994) elected officials and government agencies including attorney general)

By /s/ James Lee McKinnon
James Lee McKinnon
MacDougall-Walker
1153-East Street South
Suffield CT, 06078

## Memorandum of Law

11. To win a mail delay case, you will probably have to show that the delay was intentional or resulted from an unreasonable policy and that it actually caused serious harm such as missing a court deadline, please see: Gramegna v. Johnson 846 F.2d 675 677(11th Cir 1988). In Gramegna the court held that allowing inmate mail to accumulate at a central location unit "a sizable bundle has amassed them forwarding it violated the right of access to courts. The plaintiff in that case had missed his appeal deadline because his mail was held up for six weeks by this policy.

12. Courts have disagreed whether providing access to a prison grievance process meets due process requirements. Please see: Martin v. Kelley, 803 F.2d at 237-38 (no) Gaines v. Lane 790 F.2d 1299 1305(7th Cir. 1986)(yes).

By x /s/ James Lee McKinnon
James Lee McKinnon prose
MacDougall Walker
1153-East Street South
Soffield CT 06078

13. Exhibit ⑥ is inmate Receipt of Legal mail from Counselor Dated 12-18-03, Also one was in prison from December 9, 2003, and came to plaintiff 12-18-03, 9, Day's after.

14. Exhibit ⑦ is inmate Request from Counselor Saying he don't work in mail room.

15. Exhibit ⑧ inmate grievance that has not came back a violation.

16. Because of Grievance's plaintiff cell search by a officer Zayas day to day a prison guard for Harassment.

By: James Lee McKim
James McKim
mac Dgll-Walker
1153 East Street South
Suffield CT 06078

# MACDOUGALL-WALKER C.I.

## INMATE RECEIPT OF LEGAL CORRESPONDENCE

Today's Date: 12-18-03  Unit: B-1  Page 1 of 1

| Inmate Name | Pod | Inmate Signature | Sender | Staff Signature |
|---|---|---|---|---|
| McKinnon #100770 | B-13 | James McK... | 12-3-03 U.S. Court | M Cn...  |
|  | B-13 | James McK... | 12-9-03 U.S. Court |  |
|  | B-13 | James McK... | 12-2-03 U.S. Court |  |
|  | B-13 | James McK... | 12-9-03 U.S. Court |  |
|  | B-13 | James McK... | 12-8-03 U.S. Court |  |
|  | B-13 | James McK... | 12-8-03 U.S. Court |  |
|  | B-13 | James McK... | 12-9-03 UCONN |  |
|  | B-13 | James McK... | 12-5-03 Dept mail |  |
|  | B-13 | James McK... | 12-9-03 Att Gen office |  |
|  | B-13 | James McK... | 12-8-03 Att Gen office |  |
|  | B-13 | James McK... | 12-8-03 Att Gen office |  |
|  | B-13 | James McK... | 12-11-03 Protection Ad |  |
|  | B-13 | James McK... | 12-1-03 U.S. Court |  |
|  | B-13 | James McK... | 12-2-03 Att Gen office |  |

If an inmates refuses to sign his Legal Mail, Write "Refused to Sign" in the Inmate Signature Block, and have the Pod Officer note the refusal in the Unit Log Book.

_____
Supervisor's Signature



Exhibit "I" James McKinnon



# Inmate Request Form
## Connecticut Department of Correction

CN 9602
Rev. 1/8/02

Inmate Name: James McKinnon

Inmate no.: 100770

Facility: Walker Reception

Housing unit: B-Unit 13# cell

Date: 12-18-03

Request: To: Counselor Mahsa I'd like to know how come my legal mail from Attorney-General lynn D. Wittenbrink that came to this place December 9, 2003 Just Came To me Today 12-18-03 it was not forwarded To me or logged on Time. 9 day's after "privileded" Correspondence.

(Counselor, Cordaro)

Previous Action Taken:

Submitted to:

Date: 12-19-03

Acted on by:

Action Taken and/or Response: I don't work in the mail room so I have no idea why you received mail 9 days after it arrived at the facility

Response to Inmate Date:

Staff Member Signature:

Exhibit I (8) James Lee McKinnon

# Inmate Grievance Form A, Level 1
## Connecticut Department of Correction

CN 9601A
7-1-98

Inmate name: JAMES McKINNON
Inmate No.: 100776
Facility: WBSMU
Housing unit: 3-1 13
Date: 12-18-03

☐ Line grievance    ☑ Line emergency    ☐ Health grievance    ☐ Health emergency

**1. Informal resolution.** Attach a copy of Inmate Form (CN 9602) containing the appropriate staff member's response, or indicate why the form is not attached.

**2. Nature of grievance.** Indicate the events and reasons that led you to file this grievance. Specify dates, places, personnel involved, and how you were affected. (If you need more space, use an 8-1/2-by-11-inch sheet of paper and attach it to this form.) I Received 14 pieces of mail on 12-18-03 that was back dated. All pieces of mail except one dated 12-9-03 was sent Walker in wich I still Received it 9 days later. All other given were sent to Cheshire Correctional and given well behind the legal Deadline for mail. I Informed Counselor Cozparc & Warden Carter of the situation and have a copy of Inmate legal correspondence Receipt.

**3. Action requested.** Describe what action you want taken to remedy the grievance.
Would like this issue Addressed to Mail Handler Richardson.

Inmate signature: James Lee McKinnon

You may appeal this decision within 5 days. Use Inmate Grievance Form B.

### FOR OFFICIAL USE ONLY. LEVEL 1 REVIEW

| IGP no. | | T no. | |
|---|---|---|---|
| Date received | Disposition | | Date of disposition |
| Grievance issue | | | |
| Reasons | | | |

mckinnon file    Doc adm Dir a Grieva five business days

## Certification

James McKinnon case 3:03cv71(JBA)(JGM)
100770
Plaintiff

V.

Jose Delgado
"And Others"

Plaintiff above certify through this attachment that this claim to be true and to the best of my ability on this 10th Day of February 2004

By× *James Lee McKinnon*
James Lee McKinnon
MacDougall-Walker
1153-East Street South
Suffield, CT
06078