United States District Court
District of Connecticut

**FILED**
2004 MAR 29 P 5:06
U.S. DISTRICT COURT
BRIDGEPORT, CONN

James McKinnon      Civil no. 3:03CV71 (JBA)(JGM)

vs.

Jose Delgado, ETaL      March 18, 2004
And Others"

Defendants Individual Capacity

Plaintiff motion To Amend Complaint To add (ADA) claim Rule 145 F.R.D. 339 348 S.N.Y 1993 permitting prisoners To Amend Complaint To add an (ADA) claim. Also Memorandom, Also To Respell Two Defendant's First name, Sandi Orleman also Aqil Hashim.

1. Plaintiff James McKinnon pro,se respecfully motion That under this short Concise statement be amended To The matter of material facts That was Submitted with The forth going Amended Compliant, Defendants Sandi Orleman Also Aqil Hashim.

By: /s/ James Lee McKinnon
James Lee McKinnon prose
MacDougall-Walker unit
1153-East Street South
Suffield Conneticut
06078

## Certification

I Certify though this attachment this claim To be True and To The best of my obility on This <u>18th</u> Day of March 2004.

Defendants Individual Capacity

By x _____*James Lee McKinnon*_____
James Lee McKinnon prose
macDougall-Walker unit
1153 East Street South
Soffield Connecticut
06078