United States District Court
District of Connecticut

FILED
2004 MAY 13 P 3:21
U.S. DISTRICT COURT
BRIDGEPORT, CONN

James McKinnon          Civil no. 3:03CV71
   VS.                                  (JBA) (JGM)
Jose Delgado, ETal
John LaHda
Helen Dorsey
Sandi Orleman                May 10, 2004
Yolanda Zayas
Kunjaman Thankappan
Aqil      Hashim
          Bruono
          Kozikowski
          Frank

Defendants   Individual Capacity

Plaintiff Motion is for a Court Order to Correctional Counselor to supplie envelope copies for plaintiff that's indigent.

1. Plaintiff has is, Civil Complaint in U.S. Court 915, Lafayette Boulevard Bridgeport Connecticut, and have not one Envelope to send a motion in, plaintiff has to send a motion to Assistant Attorney general and court at sametime. and need 5, a week please

By x James McKinnon
James McKinnon
MacDougall Correcti
1173 East Street South
Suffield CT 06080

2. The United States Constitution and the Connecticut Constitution guarantee prisoners access to State and Federal Court; please see; Bonds v. Smith 430 U.S. 817, 821 (1977) See also; Conn Const Art. 1 § 10.

3. This means that prisoners must not be deprived of anything that is necessary to give them a reasonably adequate opportunity to present claimed violation of Fundamental Constitutional right to the court; please see; Bonds v. Smith, 430 U.S. 817. 825. 1977.

4. To succeed in a lawsuit alleging denial of the right of access to the courts inmates must show that they have actually been denied something necessary to enable them to present claimed violations of Fundamental constitutional rights to the courts; please see; Lewis v. Casey; 116 S. Ct. 2174, 2180 (1996) (quoting Bonds v. Smith; 430 U.S. 817 (1977))

5. This means that an inmate must show that prison officials failure to provide adequate legal research assistance "Hindered his efforts to pursue a legal claim for example by preventing the inmate from meeting filing deadlines, Exhibit 'A' is from plaintiff Counselor in H-2 Miss, Barke; a inmate request Said I have to be 90 day's without money.

6. Plaintiff need to show that the denial of access to the court was hindered deadlines.

By x James McK
James McKinnon
MacDougall-Correction
1153-East Street South
Suffield CT 06080

7. This is not for a Lawsuit it for help 5. Legal Envelope a week, 2 Legal Calls a ~~most~~ month is not good thats also <u>Hindered</u>.

*James Lee McKinnon*   Exhibit (A)



# Inmate Request Form
**Connecticut Department of Correction**

CN 9602
Rev. 1/8/02

**Inmate Name:** James Lee McKinnon
**Inmate no.:** 100770
**Facility:** MacDougall
**Housing unit:** H-2-57
**Date:** 5-9-2004

**Request:** Counselor Miss. Barker I need I give the U.S. court the case number! Also please I need regular & Legal Envelopes please.
have a Bless Day

*(continue on back if necessary)*

**Previous Action Taken:**

*(continue on back if necessary)*

**Submitted to:**
**Date:**
**Acted on by:**

**Action Taken and/or Response:** You made your 2 calls for the month. Give me the case # & I'll give it to the court. You have money for envelopes

*(continue on back if necessary)*

**Response to Inmate Date:** 5-10-04
**Staff Member Signature:** Barker

James McKinnon   Case 3:03CV71
                              (JBA) (JGM)
VS.

Jose Delgodo, ETaL
"And Other's"
Defendants

Plaintiff above certifces through this attachment that this claim To be True and To the best of my ability on this 10th Day of May 2004

By x _James Lee McK___
James Lee McKinnon
MacDougall-Correction
1153 East Street South
Suffield CT 06080

United States District Court
District of Connecticut

FILED
2004 MAY 13 P 3:21
US DISTRICT COURT
BRIDGEPORT, CONN

James McKinnon          Civil no. 3:03CV71
  VS.                          (JBA) (JGM)
Jose Delgado, Etal
John Lahda
Helen Dorsey
Sandi Orleman                May 10, 2004
Yolanda Zayas
Kunjaman Thankappan
Aqil      Hashim
       Bruono
       Kozikowski
       Frank

Defendants   Individual   Capacity

Plaintiff Motion is for a Court Order To Correctional Counselor To supplie Envelope copies for plaintiff That's indigent.

1. Plaintiff has 15, Civil Complaint in U.S. Court 915, Lafayette Boulevard Bridgeport Connecticut, and have not one envelope to send a motion in, plaintiff has To send a motion To Assistant Attorney general and court at sametime. and need 5, a week please

By X James McKinnon
James McKinnon
MacDougall Correcti
1153 East Street South
Suffield CT 06080