# United States District Court
## District of Connecticut

FILED
2004 AUG 17 P 4:43

James McKinnon  Civil no. 3:03CV71
    vs.
Jose Delgado; ETAL         (JBA)(JGM)
John LaADa
Helen Dorsey              August 13, 2004
Sandi Orleman
Yolanda Zayas
KunjaThan Thankappan
Aqit Hashim
    Bruono
    Kozikowski
    Frank
Defendants         Individual Capacity)

Plaintiff motion is to respond to court's Ruling and Order permitting Plaintiff to file a Third amended Complaint to Respell this Two Defendant's name, Sandi Orleman Defendant Also Aqil Hashim Defendant.

---

Plaintiff James McKinnon pro,se respecfully motion That under this matter be ameded material Facts Showing amended Compliant with name's of Two Defendants Respell Defendant Sandi Orleman also Defendant Aqil Hashim.

By /s/ James McKinnon
James McKinnon

## Certification

I Certify Though This attachment This claim To be True and To The best of my obility on This 13Th Day of August 2004, Also I certify Through This attachment That This claim To be True and To The best of my obility.

Defendants Individual Capacity

Jose Delgado, ETAL
John LaHoa
Helen Dorsey
Sandi Orleman
Yolanda Zayas
Kunjathan THankappan
Aqil Hashim
    Bruono
    Kozikowski
    Frank

By: James Lee McKinnon
James Lee McKinnon Prose
Corrigan Rodgowski
Correctional Center
986. Norwich New London
Turnpike Uncasville, CT
06382