UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2004 AUG 17 P 4: 43
U.S. DISTRICT COURT

JAMES McKINNON

V.

JOSE DELGADO, et al.

PRISONER
CASE NO. 3:03CV71 (JBA)(JGM)

August, 13, 2004

## PLAINTIFF SUMMARY JUDGMENT MOTION FOR APPOINTMENT OF PRO BONO COUNSEL

Plaintiff James McKinnon, pursuant to 172 S.E. 2d 816, 817, Also Fed. R. Civ. P. 56, Request this Court to grant him Summary Judgment For Appointment of Pro Bono Counsel were a question of law is involved. See Plaintiff's brief, Affidavit and Exhibits in support.

RESPECTFULLY SUBMITTED
/s/ James McKinnon
JAMES McKINNON
PRO SE

1 of 2

## CERTIFICATION

I hereby certify that a copy of the foregoing was mailed to the following defendants Attorney this day of August 13, 2004.

Attorney,

*James McK* (signature)

_____
JAMES MCKINNON
PRO SE