United States District Court

District of Connecticut FILED

2004 AUG 25 P 1:01

James McKinnon

VS.

Jose Delgado ETAL
John LaHDa
Helen Dorsey
Sandi Orleman
Yolanda Zayas
        THankappan
Aqil  Hashim
        Bruono
        Kozikowski
        Frank

Prisoner
Case no. 3:03CV71

(JBA)(JGM)

Augus 18, 2004

## Plaintiff Summary Judgement Motion For Appointment of Pro Bono Counsel

1. Plaintiff James McKinnon pursuant to 172 S.E.2d 816.817, Also Fed R.Civ.P. 56 move this court to grant him Summary Judgement For Appointment of Pro Bono Counsel were a question of law is involved. See Plaintiffs brief affidavit and Exhibits in Support. Respectfully Submitted -

By x /s/ James McKinnon
James McKinnon. prose

1 of 2

Plaintiff James McKinnon is a citizen of United States who presently resides at Corrigan Rodgowski Correctional Center 986, Norwich New London Turnpike Connecticut 06382 I-D,-100-770.

Defendant's are citizen's of United States whose address is Garner Correctional Center 50' nunnawauk Road newTown connecticut 06470

By x James McK_____
James McKinnon prose

Respectfully Submitted

*James McKin*
James McKinnon prose
Corrigan Rodgowski
Correctional Center
986, Norwich New London Tpk
Uncasville, CT 06382

## Certification

I hereby certify that the foregoing motion to be true and to the best of my ability on this <u>18th</u> Day August 2004

*James McKin*
James McKinnon
Pro Se

Case 3:03-cv-00071-JGM    Document 49    Filed 08/25/2004    Page 4 of 4