United States District Court

District of Connecticut

FILED

2004 AUG 25 P 1:01

James McKinnon            Prisoner
                          Case no. 3:03CV71
   VS.                    (JBA)(JGM)

Jose Delgado, ETAL
John LaHDa                August 18, 2004
Helen Dorsey
Sandi Orleman
Yolanda Zayas
         THankappan
Aqil   Hashim
         Bruono
         Kozikowski
         Frank

---

Plaintiff's Affidavit for Summary Judgment Motion for Appointment of Pro Bono Counsel

---

I James McKinnon declares under penalty of perjury:

By x James McKinnon
   James McKinnon Prose

1 of 4

1. I am The plainTiff in The above enTiTled case. I make This declaration in support For The PlainTiff Summary Judgment motion for AppoinTment of Pro Bono Counsel, were a quesTion of Law is involved and where The courTs discreTon enTiTles The plainTiff GranTing Summary Judgment.

2. I am noT able To afford Counsel and have esTablished defendanTs actions under color of Law To make Proma Facie under 28 U.S.C. § 1915. See Ex1 GranTing motion To Proceed In Forma Paupers. ATTaded.

3. I have no law school degree were legal issues involved in This case are complex.

4. I am noT able To invesTigaTe while Confined in Prison.

5. I am in a DeparTmenT of CorrecTion where The Library is limiTed and There are very limiTed legal maTerials To adequaTley access The CourTs.

Byx James McKin
James McKinnon prose

6. My knowledge of the law is very limited were the need for expert witnesses for the conflicting testimony requiring skill in prsentation of evidence already as Exhibits in the Complaint will be dispute of the facts in the case.

7. I am currently suffering from mental health disorder.

8. The district court should consider the complexity of the case which is constitutional in nature.

9. I have demostanted that am not able to afford counsel and inmate Legal Assistance cannot provide assistance since there is a conflict of interesent plaintiff.

10. The ends of justice would best be served in this case if an attorney was oppointed to represent plaintiff.

11. There's no material facts are in dispute as to my presentation of exceptional circumstance for the court's consideration in appointment of Pro-Bono Counsel.

By x James McKinnon
James McKinnon prose

3 of 4

Wherefore, The court Should Grant Summay Judgment for Appointment of Pro Bono Counsel.

Respectfully Submitted

*/s/ James McKinnon*
James McKinnon
Pro se

I declare under The penalty of perjury That The foregoing is True and Correct To The best of Knowledge.

Signed This day of August 18, 2004

*/s/ James McKinnon*
James McKinnon prose

## Certification

*/s/ James McKinnon*
James McKinnon
prose

Corrigan Rodgowski
986, Norwich New London
Uncasville CT 06382




Exhibit "1"

915-Lafayette-Blvd-Bridgeport 06604
James McKinnon

# UNITED STATES DISTRICT COURT

District of Connecticut

FILED
2003 FEB 24 P 1:32

Plaintiff

V.

Jose Delgado, ET, AL

Defendant

**APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES AND AFFIDAVIT**

**PRISONER**
CASE 3:03CV71(JBA)

I, James McKinnon, declare that I am the (check appropriate box)

☑ petitioner/plaintiff/movant    ☐ other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees under 28 USC §1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?   ☑ Yes   ☐ No   (If "No," go to Part 2)

   If "Yes," state the place of your Garner-Correctional- 50' nunnawauk, Rd new Town- Conn 06u

   Are you employed at the ___no___ Do you receive any payment from the ___none___

   Attach a ledger sheet from the institution(s) of your incarceration showing at least the past **six** transactions.

2. Are you currently employed?   ☐ Yes   ☑ No

   e answer is "Yes," state the amount of your take-home salary or wages and pay period and the name and address of your employer.

   e answer is "No," state the date of your last employment, the amount of your take-home ary or wages and pay period and the name and address of your last employer.

   ast 12 twelve months have you received any money from any of the following sources?

   iness, profession or other self-                           ☐ Yes   ☑ No
   payments, interest or dividends                            ☐ Yes   ☑ No
   sions, annuities or life insurance                         ☐ Yes   ☑ No
   ability or workers compensation payments                   ☐ Yes   ☑ No
   s or inheritances                                          ☐ Yes   ☑ No
   other sources                                              ☐ Yes   ☐ No

   swer to any of the above is "Yes," describe, on the following page, each source of money te the amount received and what you expect you will continue to receive.

Motion GRANTED. It is So Ordered. JMC
Date 2/28/03
10452 FILED
Holly B. Fitzsimmons, USMJ





Exhibit 2 — James McK

## NOTICE OF MENTAL HEALTH SCORE CHANGE

## GARNER C.I.

INMATE **McKinnon, James** # **100770** has been recommended for reclassification by the treatment team from a

M.H. **4** to **3P**.

Team Member Signature: _____

Psychiatrist Approval: _____

M.H. Supervisor Review: _____ 2/24/03

original: inmate record
cc: classification counselor

Instructions:

1. To be completed when Mental Health Classification score is in need of revision (raised or lowered).

2. Signatures shall be obtained in sequence.

3. M.H. Supervisor or designee will submit copy to classification counselor or counselor supervisor for computer entry.

4. Original to be placed in inmate record once all signatures obtained.

1/97
TJB/ht
C:\OFFICE\WPWIN\WPDOCS\MENHLTH\MHSCORCH.WPD