United States District Court
District of Connecticut

FILED
2004 SEP -9 P 3:57
U.S. DISTRICT COURT

James McKinnon

vs.

John LaHDa, Et al
Dilworth
Burgos

Prisoner
Case no. 3:03CV71
(JCH)

September 7, 2004

## Plaintiff Moves for Appointment of Counsel Motion.

The plaintiff respectfully seeks the Court to Appointment of Counsel Pro Bono in this case pursuant 28 U.S.C. § 1915(d) And 42 of the United States Code § 1988 (1999) And Conn Gen Stat, § 52-400 for the following reasons the Court should consider Appointment of Counsel.

1. The plaintiff James McKinnon who is currently being held at M.C.I, has been granted the request to proceed without prepayment of fees or costs under 28 U.S.C. § 1915, were this case civil complaint clearly established defendants acted under color of law and deproved the plaintiff of federal (guarantee) Rights citing. Berg v. County of Allegheny, 219 F.3d 261 (3d con. 200).

1 of 4

2. The court should consider plaintiff unable to employee counsel pursuant 28 U.S.C. § 1915(d) for requesting counsel representation. Citing Bond v. Smith, 430 U.S. 817, 97 Sct. 1991 (1977), and Tant v. Hutto, 467 F. Supp. 562 (E.D. VA. 1979).

3. The Court should consider also appointment of Counsel where Counsel is able to explain the applicable legal principles to the complainant and limit litigation to potentially meritorious issues. In adition, appointment of counsel provides the unlettered plaintiff with an opportunity to obtain the repesentation equally qualified with the professional counsel usually provided by the states for the defendants. Citing Wright v. Dallas County Stteriffs-Dept. 660 F.2d (1981), quoting Kinghton v. Walkins, 616 F.2d 759 (5th con. 1980).

4. The Court should consider appointing Counsel in this case do to the plaintiff mental health statuts which is relevant at all times to this action see (DKT. no s 53, 60) citing Hamiltion v. Leavy, 117 F.3d 742, 749 (1997).

5. The court should consider appointment of Counsel in this case were the plaintiff is unable to present the case do to the lacking of legal materials, and

6. Jail house Lawyer Assistance. The plaintiff has no law school education and legal issues are To Complex To litigate himself nor does The Dept. of Corrections provides adequate law libaray Containing upto date materials for Shepherdicing This This case. citing <u>Younger v. Gilmore, you U.S. 15. (1971)</u>, which prejudice obstructs the plaintiff position To investigate The Crucial Facts needed To prove The claims. citing <u>Murrell v. Bennett, 615 F.2d 306, 311 (1980)</u>.

## Legal Grounds

7. This motion is filed pursuant To Civil Rights Acts 42 U.S.C. § 1983, 28 U.S.C. § 1915(d) citing <u>Hodge v. Police officers</u>, 802 F.2d 58, 61 (2d Cir 1986.) Cent devied, 502 U.S. 996 (1991); <u>Tabrone v. Grace</u> 6. F.3d 145, 155-58 (1993); 43 U.S.C. § 1988 (1994) <u>Bound v. Smith</u>, 430 U.S. 817, 97 S.Ct 1491 (1977) And Conn Gen Stat § 52-400c, where exceptional circomstances for appointment Pro Bono Counsel reasonably demostrted and appropriate for The plaintiff justifying merits in This case Colaroble for The Court To Grant This Motion in Appoint Counsel.



# Exhibit 1

Exhibit D James McKin

James McKin

# NOTICE OF MENTAL HEALTH SCORE CHANGE

## GARNER C.I.

INMATE _McKinnon, James_ # _100770_ has been recommended for reclassification by the treatment team from a

M.H. _4_ to _3p_.

Team Member Signature: _____

Psychiatrist Approval: _____

M.H. Supervisor Review: _____ 2/24/03

original:   inmate record
cc:        classification counselor

Instructions:

1. To be completed when Mental Health Classification score is in need of revision (raised or lowered).

2. Signatures shall be obtained in sequence.

3. M.H. Supervisor or designee will submit copy to classification counselor or counselor supervisor for computer entry.

4. Original to be placed in inmate record once all signatures obtained.

1/97
TJB/ht
C:\OFFICE\WPWIN\WPDOCS\MENHLTH\MHSCORCH.WPD

Respecfully SubmiTTed

_James Lee McKinnon_

James Lee McKinnon Pro,se
C.R.C..C
986, Norwich New, London
Uncasville ConnecTicuT
06382


## Certification

I hereby certify That The foregoing motion To be True and To The best of my ability on This 7Th Day of SepTember 2004

DefendanTs Individual CapaciTiTes

John LaHDa; ETAL
    DiLworTh
    Burgos

PlainTiff:
_James Lee McKin_
James Lee McKinnon Prose

4 of 4