United States District Court

District of Connecticut

James McKinnon    Civil no. 3:03CV71
    V.             (JBA) (JGM)
Jose Delgado, ETAL
John LaHDa
Aqil Hashim       October 29, 2004
     Bruono
     Kozikowski
     Frank
     Thankappan
Sandi Orleman
Yolanda Zayas
Helen Dorsey
Defendants     Individual Capacity

Plaintiff motion is To Amend Complaint To add An Short Concise Statements Exhibits of material Facts, Federal Rule 15(a), Also with Respect To This Honorable court. Plaintiff has memorandom of Law in Support.

                           Respectfully
                           Plaintiff:
                           By: /s/ James McK
                           James McKinnon prose

## Certification

I certify though this attachment this claim to be true and to the best of my ability on this <u>29Th</u> Day of October 2004

Defendants Individual Capacity

Jose Delgado, ETAL
John Lahda
Aqil Hashim
Bruono
Kozikowski
Frank
Thankappan
Sandi Orleman
Yolanda Zayas
Helen Dorsey

Respectfully
Plaintiff
By x /s/ James McK
James McKinney pro se
Corrigan Rodgowski
Correctional Center
986, Norwich New London
Uncasville CT, 06382