United States District Court

District of Connecticut

James McKinnon   Civil No. 3:03CV71

v.                          (JBA)(JGM)

Jose Delgodo, ETAL
John LaHDa
Aqil Hashim
Bruono
Kozikowski
Prank
THanKappan
Sandi Orleman
Yolanda Zayas
Helen Dorsey
Defendants   Individual Capacity

October 29, 2004

---

Plaintiff Motion Respectfully moves this court for Emergency immediate relief in the form of an necessary preliminary injunction barring the department of Correction Corrigan Rodgowski Corretional Center Counselor ms, Carcia from hindered Indigent plaintiff from meeting filing deadlines;

Plaintiff
Respectful
By: James McK
James McKinnon Prose

1. For example plaintiff has 8, Assistaint Attorney Generals to returned mail.

2. It's most important the court know plaintiff has many complaint to respond and importantly the legal documents written on inmate request from are becaus H-unit Counselor rules are to show harm.

3. Plaintiff has Exhibit's for support.

By: James McK
James McKinnon pro se

## Memorandum of Law Support

The Supreme Court has stated, It is indisputable that indigent inmates must be provided at state expense with paper and pen to draft legal documents be provided at state expense with stamps to maile them. Please see; <u>Hershberger</u> v. <u>Scaletta</u>, 33 F.3d 955, 956 (8Th Cir. 1994 (requiring some free postage and eliminating restrictions on advances for postage) a 55 g 861 F. Supp. 1470 (N.D. Iowa 1993)

<u>Gluth</u> v. <u>Kangas</u> 951 F.2d 1504, 1509-10 (9Th Cir. 1991) upholding lower court's order that free materials be provided to prisoners with less than $12 in their accounts) Please see Exhibit 'A' plaintiff has 22¢

Plaintiff
By: James McK
James McKinnon

# ATTACHMENT "A"

```
                        CONNECTICUT DEPARTMENT OF CORRECTION                OOROSRCC
                                    District 3                              4.12.0.0.3CO

                                S A L E S   R E C E I P T
```

Exhibit A
James McK

```
Location:   140-H              Name: MCKINNON, JAMES              DOC# :  0000100770
10/04/2004                     Sales Order Id: 2706299            Staff ID: COM116
```

| BEGINNING BALANCES: | Available Balance is | 20.00 | Spending Limit Balance is | 50.00 |

| Quantity | Description | Price |
|---|---|---|
| 2 | BLACK PEN * | 1.00 |
| 10 | MANILA ENVELOPE * ← legal　*James McK* | 1.20 |
| 2 | IVORY SOAP * | 0.98 |
| 2 | CLOSEUP TOOTHPASTE * | 2.66 |
| 1 | TOOTHBRUSH HOLDER * | 0.30 |
| 1 | PRO GLO POMADE * | 1.40 |
| 1 | COFFEE MUG * | 1.51 |
| 1 | NAIL CLIPPERS * | 0.59 |
| 1 | SHOWER SHOES XL * | 2.59 |
| 6 | CHICKEN SOUP | 1.26 |
| 6 | BEEF SOUP | 1.26 |
| 6 | SPICY VEG. SOUP | 1.26 |
| 6 | CHILI SOUP | 1.26 |
| 1 | MACKEREL IN A POUCH | 0.91 |
| 1 | SCO POTATO CHIPS | 0.86 |

```
                                                    SUB TOTAL    19.04
                                                    TOTAL TAX     0.74
                                                    TOTAL        19.78
```

| ENDING BALANCES: | Available Balance is | (0.22) | Spending Limit Balance is | 32.97 |

Exhibit-B  James McK___

CN 9602
1/94

## ATTACHMENT B
## CONNECTICUT DEPARTMENT OF CORRECTION

### INMATE REQUEST FORM

**Facility/Unit:** H-Unit Office Floor Know Cell S

**Date:** October 28, 2004

**Inmate Name:** James McKinnon

**Number:** 100770.

**Request:** miss, Counselor I especially like to thank you for this time, I request 3 copie of this please today Caption chartier said I can send a complaint in for missing property
*(continue on back if necessary)* (Also Have a Bless Day)

**Previous Action Taken:** I have know money
*(continue on back if necessary)*

**Submitted to:** _____   **Date Received:** _____

**Acted on by:** _____

**Action Taken and/or Response:** Per inmate handbook (see attached) you need to pay for copies. If you still want them please see me to fill out the paperwork
*(continue on back if necessary)*

**Date of Response to Inmate:** 10.29.04

**Signature of Staff Member:** M__ Garcia

Exhibit-13

Corrigan Building - The schedule f[or the]
Housing Unit. Each Housing Unit [is]
permitted to use the barbering equ[ipment]
to be cut into the hair.

[...] in your
[...]ned barbers are
[...]ns are permitted

Radgowski Building - Each housin[g unit]
officer has the sign-up list. Only a[...]
up for a haircut once every thirty (30) days.

[...] housing unit
[...]uts. You can sign

2.15 **LIBRARY** - The Library hours of operation are posted on the bulletin board in each housing unit. The library includes general circulation paper and hardback fiction and nonfiction, the non-circulation law books and general reference materials. Local current newspapers and selected magazines are available for in-library use. The Connecticut State Library has a service in place to address requests for legal materials from inmates of Connecticut Correctional Institutions. All inmate correspondence should be sent to the following address: Connecticut State Library, Law/Legislative Unit, 231 Capitol Avenue, Hartford, CT 06106.

A. <u>Circulating Collection</u>. Materials for recreational and informational reading may be checked out for a one-week loan period. Borrowers are held responsible and liable for non-return of such materials when due. Two items may be checked out.

B. <u>Publication Orders</u>. You may order books, other publications, magazines and newspaper subscriptions, providing you have monies in your account to cover cost. Contact the Counselor.

C. <u>Access to Publications</u>. Inmate access to publications is governed by State Administrative Regulations 18-81-28 and 18-81-39. The information stated in this Handbook does not supersede or overrule those Regulations in any way, and is provided to inform you of the limitations on access to publications. (Reference: A.D. 10.7, Inmate Communications)
   1. No order will be processed unless you have sufficient funds in your Inmate Account to cover the cost of the order.
   2. Orders for educational materials will only be placed to a publisher, book club, or bookstore.
   3. A publication may be rejected if it adversely affects a valid penological interest. A statement of the criteria for evaluating publications and the post-decision process is stated in the State Regulation and in A.D. 10.7.
   4. If a publication is rejected, you have a right of appeal to the Commissioner within fifteen (15) days of receipt of the notice of rejection. (Reference A.D. 3.10, Fees and Reimbursements.)

2.16 **PHOTOCOPYING**

Photocopying services are available through the Library at a cost of twenty-five cents ($.25) per page. The funds shall be deducted from the inmate's account by the Business Office prior to providing the inmate the document. (Reference: A.D. 3.10, Fees and Reimbursements)

A. <u>Procedure for Payment of Copies of Medical Records by Inmates</u>. The steps in this procedure are as follows:
   1. All requests for copies must be made in writing to Medical Records.
   2. When received, the inmate shall be called to Medical Records, within a reasonable amount of time, to fill out a Release of Information for specifying exactly what he wants. A total count of pages will be determined at that time. If the copies are being sent home,

25

## Certification

I Certify Though This attachment This claim To be True and To The best of my obility on This 29Th Day of October 2004

Defendants Individual Capacity

Jose Delgado; ETAL
JoHn Lahda
Aqil Hashim
       Bruono
       Kozikowski
       Frank
       THankoppan
Sandi Orleman
Yolanda Zay
Helen Dorsey

Respectfully
Plaintiff
Byx /s/ James McK_____
James McKinnon pro se,
Corrigan Rodgowski
Corretional Center
986, norwich new London
Uncasville CT
       06382