United States District Court

District of Connecticut

James McKinnon  Civil no 3:03cv71 (JBA)(JGM)

v.

Jose Delgado, ETAL                    October 29, 2004
John LaHDa
Aqil Hashim
    Bruono
    Kozikowski
    Frank
    Thankappan
Sandi Orleman
Yolanda Zayas
Helen Dorsey
Defendants         Individual Capacity

---

Plaintiff Motion respectfully seeks court to issue an order requiring the marshal to serve the summons and complaint on defendants that it was returned unexecuted, Also seeks a extension of time for the marshal probably have an easier time locating one defendant who is not employed any longer by University of Connecticut defendant Helen Dorsey. (at least 30, days), of compliance.

Respecfully To This Honorable Court.

Plaintiff:
By: James McKin____
James McKinnon,
Corrigan Rodgowski
Corretional Center
986, Norwich New London
Uncasvill Connecticut
           06382

1. Plaintiff also has amended his complaint to respell defendant Aqil Hashim name.

2. Plaintiff was a Garner Correctional, Defendant Frank is a nurse in medical unit as of dated September 20, 2004.

By: /s/ James McKinnon
James McKinnon prose

---

## Certification

I certify though this attachment this claim to be true and to the best of my obility on this <u>29</u>th Day of October 2004

Defendants Individual Capacity

Jose Delgado, ETAL
John LaHDa
Aqil Hashim
    Bruono
    Kozikowski
    Frank
    Thankappan
Sandi Orleman
Yolanda Zayas
Helen Dorsey

Respectfully
Plaintiff:
By: /s/ James McKinnon
James McKinnon prose
Corrigan Rodgowski
Corretional Center
986, Norwich New London
Uncasvill Connecticut
    06382