United States District Court
District of Connecticut

FILED
2004 DEC -2 P 3:51
U.S. DISTRICT COURT
BRIDGEPORT, CONN

James McKinnon    Civil no 3:03cv71
    V.                    (JBA) (JGm)
Jose Delgado, ETAL
John LaHDa                November 26, 2004
Helen Dorsey
Sandi Orleman
Yolanda Zayas
Kunjathan Thankappan
Aqiy Hashim
Bruono
Kozikowski
Frank

Defendants   Individual   Capacity

Plaintiff moves for Appointment of Counsel motion, Also To Complete court Ruling and order Dated October 22, 2004 To include specific information describing attempts To obtain legal assistance including the names of Attorneys

The plaintiff respectfully seeks the Court To Appointment of Counsel Pro Bono in This case pursuant 28, U.S.C. § 1915(d), And 42 of The United States Code § 1988 (1999) And Conn Gen Stat § 52-400 For The following reasons The Court Should Consider Appointment of Counsel. Byx James McK
James McKinnon

1 of 17

1. The plaintiff James McKinnon who is currently being held at C.R.C.I. has been granted the request to proceed without prepayment of fees or costs under 28 U.S.C. § 1915 were this case civil complaint clearly established defendants acted under color of law and deproved the plaintiff of Federal (guarantee) Rights. Citing Berg v. County of Allegheny, 219 F.3d 261 (3d con. 200).

2. The court should consider plaintiff unable to employee counsel pursuant 28 U.S.C. § 1915,d, for requesting counsel representation. Citing Bound v. Smith, 430 U.S. 817, 97 Sct. 1991 (1977) and IanD v. Hutto 467 F.supp. 562 (E.D.VA. 1979).

3. The Court should consider also appointment of counsel where counsel is able to explain the applicable legal principles to the complainant and limit litigation to potentially meritorious issues. In adition appointment of counsel provides the unleTTcneed plaintiff with an opportunity to obtain the repesentation equally qualified with the professional counsel usually provided by the states for the defendants. Citing Wright v. Dallas County STTeriffs Dept 660 f.2d (1981) Quoting Kinghton v. Walkins 616 f.2d 759 (5Th conn. 1980).

4. The Court should consider appointing counsel in this case do to the plaintiff mental health statuts which is relevant at all times to this action. please see- (DKT. nos 53, 60) Citing Hamiltion v. Leavy 117 f.3d 742, 749 (1997).

Plaintiff<br>
By x /s/ James McK<br>
James McKinnon

5. The court should consider appointment of counsel in this case were the plaintiff is unable to present the case do to the lacking of legal materials, and jail house lawyer assistance.

6. The plaintiff has no law school education and legal issues are to complex to litigate himself nor does the Dept. of Corrections provides adequate law library containing up to date materials for shepherdicing this case. Citing Youger V. Gilmore U.S. 15 (1971) which prejudice obstructs the plaintiff position to investigate the crucial facts needed to prove the claims. Citing Murrell V. Bennett, 615 F.2d 306, 311 (1980).

## Legal Grounds

7. This motion is filed pursuant to Civil Rights Acts 42 U.S.C. § 1983, 28 U.S.C. § 1915(d) citing Hodge V. Police Officer, 802 F.2d 58. 61 (2d Cir 1986) cent devied, 502 U.S. 996 (1991) Tabrone v. Grace 6. F 3d 145, 155-58 (1993) 43 U.S.C. § 1988 (1994) Bound V. Smith 430 U.S. 817, 97 S. cT 1491 (1977) And Conn Gen stat § 52-400c, where exceptional circumstances for appointment Pro. Bono Counsel reasonably demostrted and appropriate for the plaintiff justifying merits in this case calaroble for the court to grant this motion in appoint counsel.

Plainiff
By James McKinnon
James McKinnon pro se

8. Defendants are citizen's of United States whose address is garner Correctional 50, nunnawauk Road newtown Connecticut, 06470. At The Time The claim's alleged in This complaint arose was defendant's acting under Color of State Law'?' yes.

9. Defendant Jose Delgado is employed as Captain in mental Health units.

10. Defendant John LaHDa is employed as Treatment major in Correctional.

11. Defendant Helen Dorsey is employed as Health Svcs. Admin

12. Defendant Sandi Orleman is employed as a nurse in Correctional mental Health units.

13. Defendant Yolanda Zayas is employed as a medical records staff.

14. Defendant KunjaThan ThanKappan is employed as psychiatrist in mental health units.

15. Defendant Aqil Hashim is employed as mental health p.s.w. in mental health units.

Plaintiff
By x _James mckin__
James mckinnon prose

16. Defendant Bruono is employed as Correctional officer in mental health uints.

17. Defendant Kozikowski is employed as Correctional officer in mental health units.

18. Defendant Frank is employed as nurse in mental health units.

Plaintiff:
By x /s/ James McK_____
James McKinnon prose

## Plaintiff attempts to obtain counsel

19. University of Connecticut School of Law Legal Clinic Exhibit 'A' Timothy Everett.

20. Connecticut Bar Association Exhibit 'B'

21. Statewide Grievance Committee mr. Daniel Horwitch Exhibit 'C'

22. Connecticut Bar Association Exhibit 'D'

23. Jerome N. Frank Legal Services Organization for Doe V. Meachum Inmate's Exhibit 'E' ms. Brett Dignam

24. Connecticut Correctional Ombudsman Exhibit 'F' Coree Santillo.

25. Statewide Legal Services Exhibit 'G'

26. Department of Correction concerning my mental Health Level and problems Exhibit 'H'

27. Office of Protection and advocacy Exhibit 'I'

28. Jerome Frank Legal Services Exhibit 'J'

Plaintiff
By: James McKinnon
James McKinnon

## Certification

I Plaintiff hereby certify that through this attachment that this claim to be true on this 26Th Day of november, 2004 and to the best of my obility.

Defendants Individual Capacity

Jose Delgado, ETAL
John LaHDa
Helen Dorsey
Sandi Orleman
Yolanda Zayas
Kunjathan Thankappan
Aqil Hashim
Bruono
Kozikowsk
Frank

Respectfully
Plaintiff

By: James mcki
James mcKinnon prose
Corrigan Rodgowski
986, norwich newLondon
Uncasville, CT 06382



**University of Connecticut**
*School of Law Legal Clinic*

Exhibit A
James McKinna

Legal Clinic

Jon Bauer
*Director of Civil
Clinical Programs
Clinical Professor of Law*

Todd D. Fernow
*Director of Criminal
Clinical Programs
Professor of Law*

Paul Chill
*Clinical Professor of Law*

Timothy H. Everett
*Clinical Professor of Law*

James H. Stark
*Professor of Law
Director, Mediation Clinic*

Diana L. Leyden
*Ass't Clinical Professor
Director, Tax Clinic*

Elizabeth M. McCormick
William R. Davis
*Clinical Fellow*

Louise M. Renock
*Administrative Assistant*

August 26, 2003

James Lee McKinna
#100770
Cheshire Correctional Institution
900 Highland Avenue
Cheshire, CT 06410

Re: Your letter dated May 20, 2003
    to Legal Intern Michelle Paulin

Dear Mr. McKinna,

    I apologize for the tardy reply to your second letter to our Criminal Clinic. The person to whom you addressed your second letter has now graduated. As she indicated in her earlier letter to you, unfortunately the Criminal Clinic is not able to offer you advice or representation in your case. I do, however, wish you good fortunes in your pursuit of justice.

Very truly yours,

Timothy H. Everett
Clinical Professor of Law

THE/lmr

*An Equal Opportunity Employer*

65 Elizabeth Street
Hartford, Connecticut 06105-2290

Telephone: (860) 570-5165
Facsimile: (860) 570-5195
e-mail: lrenock@law.uconn.edu

ohnny Anderson

8 of 17



EXHIBIT B

Jams McE

30 Bank Street
PO Box 350
New Britain
CT 06050-0350
*06051 for 30 Bank Street*

(860)223-4400
fax (860)223-4488

August 22, 2003

James Lee McKinnon
#100-770
Cheshire Correctional Institution
900 Highland Avenue
Cheshire, CT 06410

Dear Mr. McKinnon:

We are in receipt of your letter dated August 19, 2003 requesting lawyer referral services and legal materials. The Connecticut Bar Association is a private voluntary professional association. We do not have an attorney referral service. You may wish to contact Statewide Legal Services, 425 Main Street, 4th Floor, Middletown, CT 06457 (1-800-453-3320). In addition, our web site, www.ctbar.org, includes links to web sites that may assist you in locating a lawyer.

We do sell the Local Rules of Federal Procedure. They are available to non-members for $60.

Very truly yours,

CONNECTICUT BAR ASSOCIATION

9 of 17

*www.ctbar.org*

STATE OF CONNECTICUT



Exhibit 'C'

Daniel B. Horwitch
Statewide Bar Counsel
(860) 568-5157

James McK[signature]

## STATEWIDE GRIEVANCE COMMITTEE

Second Floor – Suite Two
287 Main Street, East Hartford, Connecticut 06118-1885

February 10, 2003

James McKinnon
#100-770, 2-3-03
Garner Correctional Institution
50 Nunnawauk Road
P.O. Box 5500
Newtown, CT 06470-5500

RE: Department of Correction

Dear Mr. McKinnon:

    We are returning herewith your recent, undated letter received on February 6, 2003 regarding a complaint about the Connecticut correctional system.

    The authority of the Statewide Grievance Committee is essentially limited to reviewing grievance complaints filed against Connecticut attorneys and determining whether attorney misconduct has occurred. The Committee does not have jurisdiction over the Department of Correction.

    Accordingly, neither the Committee nor this office can assist you in this matter.

Sincerely,

Daniel B. Horwitch

DBH/asc
Enc.

www.jud.state.ct.us

10 of 17



30 Bank Street
PO Box 350
New Britain
CT 06050-0350
*06051 for 30 Bank Street*

(860)223-4400
fax (860)223-4488

January 6, 2004

James McKinnon
100770
Cheshire Correctional
900 Highland Avenue
Cheshire, CT 06410

Dear Mr. McKinnon:

We are in receipt of your letter dated November 27, 2003 requesting legal assistance. The Connecticut Bar Association is a private voluntary professional association. We do not have practicing attorneys on staff who are available to offer you legal advice or assistance.

Very truly yours,

CONNECTICUT BAR ASSOCIATION

*www.ctbar.org*

Exhibit E

James McK [signature]

# The Jerome N. Frank Legal Services Organization
YALE LAW SCHOOL

May 12, 2004

James Lee McKinnon #100770
MacDougall C.I.
1153 East Street South
Suffield, CT 06078

Dear Mr. McKinnon:

We received your letter dated January 7, 2004. Inmates Legal Assistance Program, while it cannot represent inmates in court, does request and review inmates medical files. We recommend that you contact them directly. If they do not provide you with the assistance you need, please ask your counselor for a DOC release form, sign it and send it to my office.

Sincerely,

Brett Dignam
BD/det

P.O. BOX 209090, NEW HAVEN, CONNECTICUT 06520-9090 · TELEPHONE 203 432-4800 · FACSIMILE 203 432-1426
COURIER ADDRESS 127 WALL STREET, NEW HAVEN, CONNECTICUT 06511

12 OF 17

## CONNECTICUT CORRECTIONAL OMBUDSMAN
110 Bartholomew Avenue, Suite 4010, Hartford, CT 06106
860.951.8867    Fax 860.951.8872

*James R. Bookwalter*
*Ombudsman*

*James C. Amis*
*Sean Curran*
*Coree Santillo*
*Assistant Ombudsmen*

August 30, 2004

**PRIVILEGED CORRESPONDENCE**
James McKinnon #100770
Corrigan-Radgowski Correctional Center
986 Norwich- New London Tpk.
Uncasville, CT 06382

Dear Mr. McKinnon,

Enclosed please find your original grievances. Copies have been made for record keeping purposes.

Since you have elected to pursue your claim(s) through the judicial system, this Office will not be able to take any further action with regard to your case unless and until it has been heard by the Court.

Please feel free to contact me should you have any questions.

Sincerely,

Coree Santillo
Assistant Ombudsman

cc: enclosures

******************

DISCLAIMER: The opinions stated herein are expressed solely for the purpose of presenting a non-binding recommendation by the ombudsman's office concerning the subject matter of this letter. These opinions should not be construed as statements of legal advice. The office of the ombudsman does not have authority to provide legal advice to DoC staff or to inmates.

Exhibit (O)

*Jam McK[signature]*

# STATEWIDE LEGAL SERVICES of Connecticut, Inc.
425 Main Street, Middletown, Connecticut  06457
Telephone: 860-344-8096    Fax: 860-344-1918
Client Hotline: 1-800-453-3320

O

October 6, 2004

James L. McKinnon, #100770
Corrigan Rodgowski Correctional Center
986 Norwich-New London Turnpike
Uncasville, CT  06382

Dear Mr. McKinnon:

Unfortunately, we are unable to help you.  Please call Inmate Legal Assistance at (800) 301-4527 to see if they are able to assist you.  Their mailing address is:

> P.O. Box 260237
> Hartford, Connecticut  06126-0237

Good luck in your endeavors.

Sincerely,

STATEWIDE LEGAL SERVICES

LSC    *Funding for our work is provided by the Legal Services Corporation*



# STATE OF CONNECTICUT
## DEPARTMENT OF CORRECTION
24 WOLCOTT HILL ROAD
WETHERSFIELD, CONNECTICUT 06109

December 31, 2002

Garner CI
James McKinnon #100770
50 Nunnawauk Road
Newtown, CT 06470

Dear Mr. McKinnon:

This is in response to your letter concerning your treatment within the Intensive Mental Health Unit (IMHU) at Garner CI.

Your situation at Garner was investigated and reviewed with Dr. Bogdanoff, Supervising Psychologist. It was reported that you are in the Level 3 phase of the IMHU program and possibly could be moved to another block upon completion of that phase. Dr. Bannish, Director of Health Services Programs, will visit with you personally to review your treatment plan and assess what skills you need to avoid disciplinary problems in the future.

Sincerely,

Jack Tokarz
Deputy Commissioner

rm
cc:
John J. Armstrong, Commissioner
Patricia Ottolini, Acting Director of Health, Mental Health, & Addiction Services
Warden Gomez, Garner CI
Inmate Health Record, Garner CI
file

*An Equal Opportunity Employer*

15 of 17



# STATE OF CONNECTICUT

OFFICE OF PROTECTION AND ADVOCACY FOR
PERSONS WITH DISABILITIES
60B WESTON STREET, HARTFORD, CT 06120-1551

**LEGAL MAIL**
**PRIVILEGED AND CONFIDENTIAL**

November 17, 2003

James McKinnon #100770
Cheshire Correctional Institution
900 Highland Avenue
Cheshire, CT 06410

Dear Mr. McKinnon:

    I received your telephone request for copies of your correspondence and I am enclosing them in this letter. I wish you the best of luck and I hope everything is going well.

Very truly yours,

Nancy B. Alisberg
Managing Attorney

16 of 17

Exhibit "J"  *James McK*

# The Jerome N. Frank Legal Services Organization

YALE LAW SCHOOL

February 25, 2003

James Lee McKinnon / IM # 100-770
Garner Correctional Institution
50 Nunnawauk Rd
P.O.B. 5500
Newtown, CT 06470

Dear Mr. McKinnon,

Per your request I am enclosing copies of several of the documents that you mailed to us on previous occasions. If there are other documents that you previously mailed to us that you now need copies of please let me know.

Thank you for meeting with us last Friday. We will share your concerns with Attorney Brett Dignam, who will be following up with you shortly.

Sincerely,

Katie R. Eyer
Law Student Intern

Brett Dignam
Supervising Attorney

17 of 17

P.O. BOX 209090, NEW HAVEN, CONNECTICUT 06520-9090 · TELEPHONE 203 432-4800 · FACSIMILE 203 432-1426
COURIER ADDRESS 127 WALL STREET, NEW HAVEN, CONNECTICUT 06511