UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

|  |  |  |
|---|---|---|
| JAMES MCKINNON | : | PRISONER<br>CIVIL NO. 3:03CV71(JBA)(JGM) |
| V. | : | |
| DELGADO, ET AL. | : | DECEMBER 22, 2004 |

**APPEARANCE**

**TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:**

Please enter my appearance as counsel for the defendants, in their official capacity only, in the above-captioned case.

Dated at Hartford, Connecticut, this 22nd day of December, 2004.

          DEFENDANTS
          Delgado, Et Al.

          RICHARD BLUMENTHAL
          ATTORNEY GENERAL

          BY:__/s/_____
             Robert B. Fiske, III
             Assistant Attorney General
             110 Sherman Street
             Hartford, CT  06105
             Tel.:  (860) 808-5450
             Fax:  (860) 808-5591
             E-Mail:  robert.fiske@po.state.ct.us
             Federal Bar #ct17831

## **CERTIFICATION**

I hereby certify that a copy of the foregoing was mailed to the following on this 22nd day of December, 2004:

James McKinnon, Inmate #100770
Corrigan-Radgowski Correctional Center
986 Norwich-New London Turnpike
Uncasville, CT 06382

   /s/_____
Robert B. Fiske, III
Assistant Attorney General