UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JAMES MCKINNON | : | PRISONER<br>CIVIL NO. 3:03CV71(JBA)(JGM) |
| V. | : | |
| DELGADO, ET AL. | : | JANUARY 20, 2005 |

## APPEARANCE

**TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:**

Please enter my appearance as counsel for the following defendants: Frank Faccin, Nicholas Kozikowski, and Helen Dorsey, in their individual capacity only, in the above-captioned case.

Dated at Hartford, Connecticut, this 20th day of January, 2005.

        DEFENDANTS
        Delgado, Et Al.

        RICHARD BLUMENTHAL
        ATTORNEY GENERAL

        BY:__/s/_____
           Robert B. Fiske, III
           Assistant Attorney General
           110 Sherman Street
           Hartford, CT  06105
           Tel.:  (860) 808-5450
           Fax:  (860) 808-5591
           E-Mail:  robert.fiske@po.state.ct.us
           Federal Bar #ct17831

**CERTIFICATION**

I hereby certify that a copy of the foregoing was mailed to the following on this 20th day of January, 2005:

>James McKinnon, Inmate #100770
>Corrigan-Radgowski Correctional Center
>986 Norwich-New London Turnpike
>Uncasville, CT 06382

                                                                 /s/_____
                                                        Robert B. Fiske, III
                                                        Assistant Attorney General