United States District Court

District of Connecticut

FILED
2005 FEB 18 P 4:35
U.S. DISTRICT COURT
BRIDGEPORT, CONN

JAN 28 2005

James McKinnon  : Civil no 3:03CV71
  Plaintiff
  vs.            : (JBA) (JGM)

Jose Delgado, ETAL :
John LaHDa       : January 18, Th 2005
Helen Dorsey
Sandi Orleman
Yolanda Zayas
Kunja Than Than Kappan
Aqyl Hashim
       Bruono
       Kozikowski
       Frank
Defendants Individual Capacity

Plaintiff motion seeks court assistance to make copy of last amended complaint that was filed. After careful review the indigent plaintiff is unable to come up with argument.

By: /s/ James McKinnon
                Plaintiff
                James McKinnon
                pro se

1. Plaintiff James McKinnon pro, se moves the Honorable court to grant plaintiff motion that he has demonstrate to court I am unable to pay for copy Exhibit "A".

## A.

2. Plaintiff James McKinnon is a citizen of United States who presently resides at Corrigon Rodgowski 986 Norwich New London Uncasville Connecticut, 06382

3. Defendants are citizens of United States whose address is garner Correctional 50 Nunnawauk Road NewTown Connecticut, 06470.

4. Defendant Jose Delgado who is Employed as Captain also unit manager in garner Correctional.

5. Defendant John LaHDa who is Employed as Treatment major garner Correctional.

6. Defendant Helen Dorsey who is Employed as Health Svcs. Admin in garner Correctional.

Plaintiff
By: /s/ James McK___
James McKinnon pro se



| Date | Locn | Type | Transaction Description | Amount | Current | Hold |
|---|---|---|---|---|---|---|
| 04/30/2004 | CTDOC | REG | CRS SAL ORD #2430546 D1 | <6.44> | 44.34 | 0.00 |
| 05/04/2004 | CTDOC | PLRA | PLRA: 3:02-CV-2068 Not 3:03-CV-2068 | 0.00 | 44.34 | 0.00 |
| 05/04/2004 | CTDOC | PLRA | REV GJ#2845547 PLRA: 3:02-CV-2068 Not 3: | 0.00 | 44.34 | 0.00 |
| 05/07/2004 | CTDOC | REG | CRS SAL ORD #2444564 D1 | <30.75> | 13.59 | 0.00 |
| 05/14/2004 | CTDOC | REG | CRS SAL ORD #2457896 D1 | <5.04> | 8.55 | 0.00 |
| 05/24/2004 | CTDOC | REG | CEC SAL ORD #2444564 | 1.74 | 10.29 | 0.00 |
| 06/04/2004 | CTDOC | REG | CRS SAL ORD #2492991 D1 | <2.27> | 8.02 | 0.00 |
| 06/14/2004 | CTDOC | REG | Mail Receipts 137 | 50.00 | 58.02 | 0.00 |
| 06/14/2004 | CTDOC | REG | Deduction-PLRA-02242003 | <10.00> | 48.02 | 0.00 |
| 06/14/2004 | CTDOC | PLRA | Deduction-PLRA-02242003 | 10.00 | 58.02 | 0.00 |
| 06/18/2004 | CTDOC | REG | CRS SAL ORD #2518662 D1 | <39.98> | 18.04 | 0.00 |
| 06/22/2004 | CTDOC | REG | CEC SAL ORD #2518662 | 2.00 | 20.04 | 0.00 |
| 07/02/2004 | CTDOC | REG | CRS SAL ORD #2543548 D1 | <1.88> | 18.16 | 0.00 |

Account Balances: 33.09  0.00

User: RAD117 — CONNECTICUT DEPARTMENT OF CORRECTION — Date: 12/16/2004
Name: MCKINNON, JAMES

Exhibit "A"

By x /s/ James McKinnon
James McKinnon

## Certification

I Certify Though This aTTachment This claim To be True and To The best of my obility on This <u>18 Th</u> Day of January 2005,

DefendanT Individual Capacity

ReTurn daTe of This moTion February 15, 2005

Defendants
Jose Delgado, ETAL
John LaHDa
Helen Darsey
Sandi Orleman
Yolanda Zayas
Thankappan
Aqil Hashim
    Bruono
    Kozikowski
    Frank

PlainTiff
By: James McKinnon
James McKinnon prose
Corrigan Rodgowski
CorrecTional CenTer
986, Norwich New
London T,p,k,e
Uncasville, ConnecTicuT
    06382

## Certification

I hereby certify that a copy of the foregoing was mailed to the defendants attorney of record this <u>16th</u> Day of February 2005 Also, Certify This attachment To be True and To the best of my obility.

Defendants Individual Capacity

Jose Delgado, ETAL
John Lahda
Helen Dorsey
Sandi Orleman
Yolanda Zayas
Thankappan
Aqil Hashim
    Broono
    Kozikowski
    Frank
_____

Robert Fiske
Assistant Attorney general
110, Sherman Street
Hartford Connecticut
    06105

Respectfully
Plaintiff
By: James Lee McKinnon
James Lee McKinnon prose
macdougall Correctional
1153, East Street South
Suffield Connecticut
    06086