United States District Court
District of Connecticut

FILED
2005 MAR -3 P 3:11
U.S. DISTRICT COURT
BRIDGEPORT, CONN.

Plaintiff
James McKinnon

V.

Jose Delgado, ETAL
Defendants Individual Capacity

Civil no. 3:03CV71
(JBA) (JGM)

February 28, 2005

## Plaintiffs Motion for Summary Judgment

I. James McKinnon the plaintiff prose pursuant to F.R. Civil. P. 56. (a),(b),(c),(d) for Summary judgment against the above defendants.

1. Plaintiff's have filed 1983 civil right law suit against the defendants. plaintiff contend that there is no genuine issue as to any material fact and that the moving party is entitled to a judgment as a matter of Law,

2. If on motion under this rule judgment is not rendered upon the whole case or for all of the motion, by examining the pleadings and the evidence befor it and by interrogating counsel, Shall if practicable ascertain what material fact exist without substantial controversy and what material facts are actually and in good faith controverted. It shall Thereupon make an order specifying the facts that appear without substantial controversy, including the extent to which The amount of damages or other relief is not controversy. Please see; Battle v. Andson 376 F. Supp, 402 433 (E. D. Okla-1974).

By: James McK
James McKinnon

## Certification

I hereby certify that a copy of the foregoing was mailed to the defendants Attorney of record this 28th Day of February 2005, Also certify this attachment To be True ant To the best of my obility

Defendants    Individual Capacity

Jose Delgado ETAL
John LaHDa
Helen Dorsey
Sandi Ovleman
Yolanda Zayas
Thankappan
AQil Hashim
    Broono
Kozikowski
    Frank

Robert Fiske
Assistant Attorney general
110 Sherman Street
Hartford CT 06105

Respecfully
Plaintiff
By x /s/ James McK
James McKinnon
Macdugall CI
1153, East Street South
Suffield CT
    06080