United States District Court
District of Connecticut

Plaintiff
James McKinnon

Civil no. 3:03CV71
(JBA) (JGM)

V.

February 28, 2005

Jose Delgado; ETAL
Defendants        Individual Capacity

Plaintiff Memorandum of Law in Support of Motion for Partial Summary Judgment

Pursunt To rule 56. Fed. R. Civ. P. Plaintiff prose James McKinnon Contend That There is no genuine issue as to any material fact and that the moving party is entitled to a judgment as a matter of Law,

Summary judgment as To the liability of defendants (Jose Delgado) (John LaHDa) (Helen Dorsey) (Sandi Orleman) (Yolanda Zayas) (Than Kappan) (Aqil Hashim) (Bruono) (Kozikowski) (Frank) For the denial to the plaintiff of due process of Law, The reason's there for are set forth in the Plaintiff's affidavit with brief in Support. One court has limited their use to situation involving the imminent threat of badily harm. pleas see, Battle v. Anderson 376, F.Supp 402 433 (E. D.Okla. 1974).

Respectfully
By James McKinnon
James McKinnon

FILED 2005 MAR -3 P 3:11
U.S. DISTRICT COURT
BRIDGEPORT, CONN

## Certification

I hereby certify that a copy of the foregoing was mailed to the defendants Attorney of record this 28th, Day of February 2005, Also certify this attachment to be true and to the best of my obility

Defendants   Individual   Capacity

Jose Delgado, ETAL
John Laltba
Helen Dorsey
Sandi Orleman
Yolanda Zayas
P Thankappan
Aqil Hashim
    Bruono
Kozikowski
    Frank

---

Robert Fiske
Assistant Attorney General
110, Sherman Street
Hartford Connecticut
    06105

Respecfully
Plaintiff
By/ cims mck
James Mckinnon prose
Macdugall Correctional
1153, East Street South
Suffield Connecticut
    06080