# United States District Court
## District of Connecticut

**FILED** 2005 MAR 21 P 4:37
U.S. DISTRICT COURT
BRIDGEPORT

James McKinnon     Civil no. 3:03CV71

V.     (JBA) (JGM)

Jose Delgado, ETAL     March 16, 2005

Defendants     Individual Capacity

Plaintiff motion is to seek a Emergency Preliminary injunction that's necessary to stop harm in the from of Hindered access the court with Legal paper, copies, Envelopes.

1. I Plaintiff James McKinnon pro se request respectfully that this honorable court not to held me in the same standards as an attorney.

2. Plaintiff was transfered to Garner Correctional 50 Nunnawauk Road Newtown Connecticut 06470;

3. Plaintiff do not have money for 6 month's now on the inmate account is $43.00 Collected for Filing Fee; The 20% deposit Some time ago, For this payment, I have no envelope's to returned the—

1 of 3

James McKinnon

Court ordereds That's directed Concerning Following Complaint's.

McKinnon V. Delgado, ETAL   3:03CV71 (JBA)(JGM)

McKinnon V. LaHDa, ETAL   3:03CV2306 (WWE)

McKinnon V. Messenger, ETAL  3:03CV158 (JCH)

McKinnon V. Hunt, ETAL   3:03CV2317 (JCH)

McKinnon V. James, ETAL  3:03CV2274 (SRU)

McKinnon V. Colette, ETAL  3:03CV944 (RNC)(DFM)

Counselor also refused To make plaintiff a copy of his institutional account for the past six months. With collected 20% of Plaintiff money action's.

By: James McK
James McKinnon prose

Memorandum of Law in Support of The Plaintiff motion for Preliminary injunction

The Supreme Court has stated, It is indisputable That indigent inmates must be provided at State expense with paper and pen to draft Legal documents. please see, Chandler V. Coughlin 763 F.2d 110, 114 (2d Cir 1985) reasonably adequate amount of free postage must be provided).

By: James Lee McK
James McKinnon

# Certification

I Plaintiff Certify That I have just This one Envelope, Also Thought This aTTachment This claim To be True and To The best of my obility on This <u>16 Th</u> Day of march 2005

Defendants Individual Capacity

Jose Delgado, ETAL
John LaHDa
Helen Dorsey
Sandi Orleman
Yolanda Zayas
KunjaThan ThanKappan
Aqil Hashim
    Bruono
    KoziKowski
    FranK

Robert Fiske
AssistanT ATTorney General
110, Sherman STreet
HartFord ConnecTicuT
    06105

Plaintiff
By x James Lee McK——
James Lee McKinnon
Garner Correctional
50' Nunnawauk Road
NewTown ConnecTicut
    06470

3 of 3