# United States District Court
## District of Connecticut

**FILED**
2005 JUN -9 P 4:33
US DISTRICT COURT
BRIDGEPORT, CONN.

James McKinnon
  Plaintiff

V.

Jose Delgado, ET AL.
  Defendants

Civil no. 3:03CV71
(JBA)(JGM)

June 2, 2005

Individual Capacity

Plaintiff Memorandum of Law in Support for Permission To File This Amended Complaint Adding new party's Pursuant To Rules 15(c) Fed. R. Civ. P, A new claim's defense relates back That arose out of The conduct Transation occurrence Set forth in Plaintiff Original Pleading

Plaintiff is demonstrating That he has exhausted his administrative remedies with regards To each claim included in The original Complaint, with The attach of Original Grievances He has filed, Regarding each claim To also comply with Court Rules Fed. R. Civ. P.

                               By x /s/ James McK_____
                                  James McKinnon prose

Younger v. Chernovetz 792 F. Supp. 173. 176 (D. Conn. 1992) where initianl prose complaint described the alleged Constitutional violation a later amended complaint related back) Doe v. Calument City 1111, 128 F.R. 93, 94-95 (n. D-111. 1989).

Plaintiff ask this court to accept a copy of one page from his medical records as court evidence that he continued to be held in four-point restraints after he urinating on himself

The department of Correction requires that adequate accommodations be made to relieve an inmate of necessary bodily functions. Please see, Department of Correction administrative Directive 6. 5(8)(C).

Plaintiff Also has Memordum of Law in Support for Permission To file an Emergency Health expert appointed Rule, 706, Plaintiff Suggesting help for serious pain and suffering That I have ask for Treatment for my liver disease hepatitis 'C' Plaintiff also now has inflammation of the liver, request for biopsy was denied, Please see, court to oppoint a medical expert witness under Rule 706, Fed. R. Ev. Boring v. Kozakiewicz. 833 F.2d at 473-74.

By x /s/ James McKinnon
James McKinnon prose

This is especially important now because from the complaint the defendant's have stop plaintiff Doe v. Meachum specialist medication's that was place at other facility.

This denial of medical car is important also since one federal court has held that if the seriousness of a medical need is apparent to a lay person. Please see, Crabtree v. Collins 900 F.2d 79, 81 (6Th Cir. 1990), Please see also, Smith v. Jenkins, 919 F.2d 90, 94 (8Th Cir. 1990) Suggesting that the district court "may" appoint an independent expert or obtain an opinion from the doctor who treated the plaintiff before his imprisonment.

Also to add (ADA) claim Rule 145. F.R.D. 339 348 S.N.Y. 1993 permitting prisoners to amend complaint to add an (ADA) claim; that relates back to original pleading

Plaintiff has demonstration of exhausted his administrative remedies with regard's to each claim included in the original complaint. Please see, (42-U.S.C. §-12101) (42-U.S.C-§-12132) (42-U.S.C.-12112) (42-U.S.C. §-12131(1) (A-B) This category includes plaintiff a inmate that's infected with HIV the Aids virus. Please see, Harris v. Thigpen 941 F.2d at 1522-24 Casey v. Lewis 773 F. Supp. at 1370-72.

James McK——
By x James McK——

In addition The federal regulation in providing That States are not entitled To immunity From Suit for (ADA) violations refers To remedy at Law "generally means damages.

Plaintiff
Byx James McK——
James McKinnon

## Certification

I Plaintiff Certify That This attachment Claim To be True and To The best of my ability on This 2, Day of June, 2005 Defendants Individual Capacity

Jose Delgado, ETAL
John LaMDa
Helen Dorsey
Sandi Orleman
Yolanda Zayas
Thankappan
Aqil Hashim
Bruono
Frank
michael Lajoie
James Murdoch
Emily Savoie
Joann Coulder

Robert Fiske
Assistant Attorney General
110, Sherman Street
Hartford Connecticut
, 06105

Plaintiff pro,se
Byx James McK——
James McKinnon
Corrigan Correctional
986, Norwich New London
Uncasville Connecticut
06382