United States District Court
District of Connecticut

FILED
2005 JUL -6 P 12: 23

James McKinnon
    Plaintiff

V.

Jose Delgado, ET AL
    Defendants

Civil no 3:03CV71
(JBA) (JGM)

July 5, 2005

Individual Capacity)

Plaintiff Motion Memorandum of Law in Support To Compel, Defendants Have not respond To Plaintiff request To Production of Documents under 34,a) Fed.R.Civ.P. Also under rule 37,a, 2, Fed.R.Civ.P. For an Order Compelling Discovery)

Rules 37,a,2, 37,a, 2, B, 37d, Fed.R.Civ.P. most Local Court rules imposed This request even earlier. Please see Hunter V. Moran 128 F.R.D. 115, 116-17 (D. Nev. 1989)

Respecfully)
By x James McKin
James McKinnon prose

1. Plaintiff James McKinnon, prose pursuant to rule 26, a, b, c, d, of Fed. C.P., and pursuant to rule 34, a, b, of the Fed. C.P.;

2. Plaintiff James McKinnon, request that the Honorable court to Grant this motion in respect to the Federal Civil Proceeding of rules: In the above captain matter, Plaintiff Seeks full information upon inspection and discovery, in the above case.

3. Plaintiff has request regarding in good faith attempted to confer with the defendants side to resolve the dispute without court action.

4. Request any and all grievances complaints and other documents received by the defendants or their agents at the department of Correction from June 6, 2001 to June 30, 2005 Concerning mistreatment by Correctional staff, that's Segregation investigation files or other documents created in response to such documents.

5. Any logs lists, or other documentation reflecting mental health and medical doctor's appointments with doctor's James O'Halloran and Corrigan doctor Ms. Fisher a copy of authorization to disclose protected health information.

Respectfully
By x James McKinnon
James McKinnon prose

# Certification

I hereby certify that the foregoing was mailed to the defendants attorney of record this 5, Day of July, 2005

Also plaintiff James McKinnon hereby certify that I served the notice and the accompanying interrogatories and request for production by foregoing medical postage paid to defendants.

Defendants' Individual Capacity

Jose Delgado, ETAL
John Lahda
Helen Dorsey
Sandi Orleman
Yolanda Zayas
Kunjathan Thankoppan
Aqil Hashim
Bruono
Kozikowski
Frank

Robert B. Fiske
Assistant Attorney general
110, Sherman Street
Hartford Connecticut
06105

Respectfully
Byx James McK
James McKinnon
Corrigan Correctional
986, Norwich New London
Uncasille CT
06382