UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JAMES MCKINNON | : | PRISONER |
| *Plaintiff* | : | 3:03CV71(MJBA(JGM) |
| | : | |
| v. | : | |
| | : | |
| JOSE DELGADO, ET AL | : | JULY 6, 2005 |
| *Defendants* | | |

## MOTION FOR AN EXTENSION OF TIME

The defendants, all employees of the Connecticut Department of Correction at the time of the alleged incidents, respectfully move for a forty-five day extension of time from July 11, 2005, to August 19, 2005, to provide responses to the plaintiff's Request for Interrogatories and Production, dated June 2, 2005. The reasons for this extension are as follows:

1. In or around April 2003, the plaintiff filed a complaint in this matter.

2. On or about December 27, 2004, the undersigned was appointed responsibility for this case and an appearance was filed on behalf of the defendants.

3. On or about January 24, 2005, this Court issued a Scheduling Order setting forth deadlines for discovery and dispositive motions.

4. On or about February 15, 2005, the plaintiff filed a Motion for Summary Judgment, which was opposed by the defendants on March 23, 2005. That motion is still pending.

5. On or about May 3, 2005, the plaintiff filed a Motion for a Preliminary Injunction, which was opposed by the defendants on June 9, 2005[1]. That motion is still pending.

6. On or about June 2, 2005, the plaintiff filed a Memorandum in Support of a Request to

---

[1] Though on its face, it appears as if the defendants were late in their response, the deadline date for a response was in fact June 13, 2005.

File an Amended Complaint, which was opposed by the defendants on July 1, 2005. That motion[2] is still pending.

    7. On or about June 2, 2005, the plaintiff sent his first request for interrogatories and production to the undersigned, which was received on June 9, 2005. The plaintiff's requests, though not voluminous, will take more time to review and gather relevant responses than the thirty days permitted under the Federal Rules of Civil Procedure. Consequently, the defendants respectfully request an additional forty-five days, from July 11, 2005 to August 25, 2005[3] to respond.

    8. There are currently at least three motions filed by the plaintiff which are still pending in this Court, thus a forty-five day extension of time to provide responses to his discovery requests will not result in any prejudice to the plaintiff. But, if this motion is denied, it will unduly prejudice the defendants, as they will be required to hastily respond to avoid possible sanctions, thereby compromising both their ability to mount a vigorous defense and preserve their right to object to unwarranted discovery demands.

    9. The plaintiff in a convicted and sentenced inmate and is currently incarcerated, and thus his position with respect to this motion is unknown.

    WHEREFORE, the defendants respectfully request that this Court grant their motion for a forty-five day extension of time from July 11, 2005, to August 25, 2005, to respond to the plaintiff's June 2, 2005 Interrogatories and Requests for Production.

---

[2] As noted in the defendant's opposition to the plaintiff's Request to Amend, the plaintiff did not file a motion, only a memorandum of law.
[3] June 9, 2005 to July 9, 2005 = 30 days. July 9, 2005 is a Saturday. Counting from Monday, July 11, 2005 to August 25, 2005 = 45 days.

                                            DEFENDANTS
                                            JOSE DELGADO, ET AL

                                            RICHARD BLUMENTHAL
                                            ATTORNEY GENERAL


BY:     /s/
            Robert B. Fiske, III
            Assistant Attorney General
            Fed. Bar No. ct17831
            Office of the Attorney General
            110 Sherman Street
            Hartford, CT  06105
            Tel:  (860) 808-5450
            E-MAIL: Robert.Fiske@po.state.ct.us


## **CERTIFICATION**

This certifies that a copy of the foregoing was mailed this, the 7th day of July 2005, to:

Mr. James McKinnon, # 100770
Corrigan Correctional Institution
986 Norwich-New London Turnpike
Uncasville, CT 06382

                                            /s/
                                          Robert B. Fiske, III
                                          Assistant Attorney General