United States District Court

FILED 2005 JUL 12 P 4:31
U.S. DISTRICT COURT
BRIDGEPORT, CONN.

District of Connecticut

James McKinnon
Plaintiff

vs.

Jose Delgado, ETAL
Defendants, Individual Capacity

Prisoner
Case no. 3:03CV71
(JBA) (JGM)
July 9, 2005

---

Plaintiff Respectfully Move This Honoroble Court with a Memorandum In Opposition To Defendants Motion Dated July 1, 2005, To Dismiss The Plaintiff Memorandum For Amended Complaint. Adding new Party's with Claim For Medical needs arises From Same Facts That Is In Original Complaint Pursunt To Federal Rule 15,C, Also To add Appropriate (ADA) Claim Rule 28,

Respectfully
Plaintiff
By x /s/ James Lee McKinnon
James Lee McKinnon