# Memorandum of Law In Support of The Plaintiff Motion To Amended This Complaint

Pursuant To Federal Rule 15,d, a new claim That relates back out of Same conduct Set Forth in original Pleading, Please See,

Younger V. Chernovetz, 792 F. Supp 173, 176 (D. Conn. 1992) where initial Pro,se complaint described The alleged constitutional violaiton.

A Later amended Complaint related back) Doe v. Calument City, 111.128.F.R.D. 93 94, 95. n. D. 111, 1989.

Respectfully
Plaintiff
By x James Lee McK____
James Lee McKinnon

---

1. I James McKinnon Plaintiff Pro,se move This honorable court not To held me in The Same standards as an attorney.

Respectfully
Plaintiff
By x James Lee McK____
James Lee McKinnon

2. This is a section § 1983 action filed by The Plaintiff, James McKinnon, seeking damages, and medical relief base on The defendants' violation of The Plaintiff's State and Constitutional Right.

3. This motion also seeks To compel answers To Plaintiff Interrogatories addresse To The defendants' pursuant To Rule 33 of F.R.C.P. and answers To The plaintiff request for production of documents pursuant To Rule 37 of The F.R.C.P.

4. The defendants' have not answered, objected, or even given Legal reason why They should not answer The Interrogatoies but The defendant has engaged in Legal jargon in attempt To stall for time as To give no Legal information.

5. Even if The request discovery were burdensome, it would be required if relevant To The case. Please see.

King V. Georgia Power CO, 50 F.R.D. 134 (N.D.GA.1970)

Respectfully
Plaintiff
By x James Lee McKinnon
James Lee McKinnon

6. The relivance of the items souht is demonstrated in point i Supra Pursuant to rule 37,b,3, Evasive or Incomplete, Disclosure, Answer, or Response; for the purposes of subdivion an evasive or incomplete disclosure answer, or respond.

7. The defendant's factual allegations are not correct, and Plaintiff has a set forth specific facts showing that there is a genuine issue for trial. Please see. Rule 56,e, Fed.R.Civ.P.

8. Plaintiff submitted affidavits and documents countering these naked allegations.

9. Defendants move for judgment without submitting an adequate evidentiary basis for it. They fail to establish the necessary facts in the manner required by the rules and Plaintiff ask the court to deny their motion on that ground.

10. In particular, courts have held that prison officials who argue that a prison rule or practice should be upheld as reasonably related to legitimate penological objectives must submit evidence to that effect, and not like the defendant just argument. Please see. Continue,

Respectfully
Plaintiff
By x James Lee McKinnon
James Lee McKinnon

## Continue Memorandum of Law In Support of Plaintiff Motion To Amended his Complaint Rule, 15(c),

Walker v. Sumner, 917 F.2d 382, 386-87 (9Th Cir. 1990) Hunafa v. Murphy, 907 F.2d 46, 48 (7Th Cir. 1990) Swift v. Lewis, 901 F.2d 730, 731-32 (9Th Cir. 1990) Pressley v. Brown 754 F. Supp. 112, 117 (W.D. Mich. 1990)

11. For all the reason set forth herein with and the attached documents the plaintiff respectfully request that this motion be granted in favor of the plaintiff.

Respectfully
Plaintiff
Byx James Lee McK——
James Lee McKinnon

## Certification

I James McKinnon pro se Plaintiff hereby certify that the foregoing was mailed to the defendants attorney of record this 9Th Day of July 2005

Defendants      Individual Capacity

Jose Delgado, ETAL
John Lahda
Helen Dorsey
Sandi Orleman
Yolanda Zayas
Kunjathan Thankappan
Aqil Hashim
Bruono
Kozikowski
Frank

---

Robert B. Fiske.
Assistant Attorney General
Federal Bar No. #CT 17831
Sherman Street 110
Hartford Connecticut
06105

Respectfully
Plaintiff
By x /s/ James Lee McKinnon
James Lee McKinnon
Corrigan Correctional
986, Norwich New London
Uncasville, CT
06382