United States District Court
District of Connecticut

FILED
2005 JUL 20 P 4: 21
U.S. DISTRICT COURT

James McKinnon
  Plaintiff

vs.

Jose Delgado, ET AL.
  Defendants

Civil no. 3:03CV71
(JBA)(JGm)
July 14, 2005

Individual Capacity

Plaintiff Request Entry of Default

To: Clerk of the court for the United States District Court of Connecticut.

You will please enter the default of defendants Jose Delgado, John Lahda, Helen Dorsey, Sandi Orleman, Yolanda Zayas, Kunjathan Thankappan, Aqil Hashim, Bruono, Kozikowski, Frank, for failure to defend Amend Complaint as provided by the Federal Rules of Civil Procedure, as appears from the attached affidavit of James McKinnon.

Plaintiff
By x /s/ James McKinnon
James McKinnon

1 of 2

## Certification

I hereby certify that a copy of the foregoing was mailed to the defendants attorney of record this 14Th Day of July 2005.

Defendants       Individual Capacity

Jose Delgado ETAL
John Lahda
Helen Dorsey
Sandi Orleman
Yolanda Zayas
Kunjathan Thankappan
Aqil Hashim
Bruono Kozikowski
Frank

Robert Fiske
Assistant Attorney General
110, Sherman Street
Hartford Connecticut
      06105

Plaintiff
By: James McK—
James McKinnon
Corrigan Correctional
986 Norwich New london
Uncasville, CT
    06382