United States District Court
District of Connecticut

FILED
2005 JUL 20 P 4: 21
U.S. DISTRICT COURT

James McKinnon
   Plaintiff

vs.

Jose Delgado, ET AL.
Defendants

Civil. no. 3:03CV71
(JBA) (JGM)

July 14, 2005

Individual Capacity

## Affidavit For Entry of Default

Plaintiff James McKinnon being duly sworn, deposes and says:

1. I am the pro se plaintiff in the above entitled matter.

2. The defendant's Jose Delgado, John Lahda, Helen Dorsey, Sandi Orleman, Yolanda Zayas, Kunjathan Thankappan, Aqil Hashim, Bruono, Kozikowski, Frank, was served with a copy of the third amended complaintiff that was granted and the clerk was directed to docket and forwarded to defendants as appears from the proof of service on file.

Plaintiff
By James McK...

3. The defendants has filed an answer or taken other action as may not be permitted by law although more then 55, day's have passed since the date of service.

4. The defendants said in the motion dated July 6, 2005, that additional forty five day's is requested to allow the undersigned counselor to provide plaintiff request for Interrogatories and Production,

Plaintiff<br>
By x /s/ James McKinnon<br>
James McKinnon

## Certification

I hereby certify that a copy of the foregoing was mailed to the defendants attorney of record this __14th__ Day of July 2005.

Defendants                Individual Capacity

Jose Delgado, ETAL
John Lahda
Helen Dorsey
Sandi Orleman
Yolanda Zayas
KunjaThan Thankappan
Aqil Hashim
Bruono
Kozikowski
Frank

Robert Fiske
Assistant Attorney General
110, Sherman street
Hartford Connecticut
06105

Plaintiff
By x /s/ James McK___
James McKinnon
Corrigan Correction
986, Norwich Newlondon
Uncasville, CT
06382

3 of 6