United States District Court
District of Connecticut

FILED
2005 JUL 20 P 4: 22
U.S. DISTRICT COURT
BRIDGEPORT CONN

James McKinnon
   Plaintiff
vs.
Jose Delgado, ETAL
   Defendants               Individual Capacity?

Civil. no. 3:03CV71
(JBA) (JGm)
July 14, 2005

Request for Entry of Default Judgment

To: Clerk of the court

Plaintiff James McKinnon requests that you enter judgment in default based upon the attached affidavit against defendants Jose Delgado, ETAL in the above entitled matter for $ 91.00 plus interest at the rate of 50 % and costs.

Plaintiff
By x _____
James McKinnon

1 of 2

## Certification

I hereby certify that a copy of the foregoing was mailed to the defendants attorney of record this <u>14th</u> Day of July 2005.

Defendants       Individual    Capacity)

Jose Delgado, ETAL
John Landa
Helen Dorsey
Sandi Orleman
Yolanda Zayas
Kunjathan Thankappan
Aqil Hashim
Broono
Kozikowski
Frank

---

Robert Fiske
Assistant Attorney General
110, Sherman Street
Hartford Connecticut
06105

---

Plaintiff
By x/s/ James McK_____
James McKinnon
Corrigan Correctional
986, Norwich New London
Uncasville, CT
06382