United States District Court
District of Connecticut

**FILED**
2005 JUL 20 P 4: 22
U.S. DISTRICT COURT
BRIDGEPORT CT

James McKinnon
Plaintiff

vs.

Jose Delgado, ETAL.
Defendants

Civil.no. 3:03CV71
(JBA) (JGM)

July 14, 2005

Individual Capacity

Plaintiff James McKinnon, being duly sworn, deposes and says:

1. I am the pro,se Plaintiff in the above-entitled matter.

2. The amount due plaintiff from defendants Joses Delgado, ETAL is $91.00:

A. Value of Law Book.   $45.00
B. Value of Legal papers   $15.00
Total                     $60.00
C. Interest for one year at 6%   3.60
D. Costs:
Service of process   $20.00

Plaintiff
By x /s/ James McKinnon
James McKinnon

4 of 6

Postage, paper and copying $27.40
Total $91.00

3. The default of the defendants has been entered for failure to answer or taken other action directed by this court (doc 46,

4. The amount listed above is due and owing and no part has been paid.

5. The costs sought to be recovered have acerred in this action.

6. That the defendant is not in the military service as shown by the attached affidavit.

Plaintiff
By: Jam McK
James McKinnon

5 of 6

For all the reason set forth herein with and the attached documents the plaintiff respectfully request that this motion to be granted and that summary be granted in favor of the plaintiff and relief given as required in monetary damages in the amount of $91.00

Plaintiff
By x James McK____
James McKinnon
Corrigan Correctional
986, Norwich New London
Uncasville, CT
06382

## Certification

I hereby certify that a copy of the foregoing was mailed to the defendants attorney of record this 14th Day of July 2005
Defendants Individual Capacity

| Jose Delgado, ETAL | Robert Fiske |
| John Landa | Assistant Attorney general |
| Helen Dorsey | 110, Sherman Street |
| Sandi Orleman | Hartford Connecticut |
| Yolanda Zayas | 06105 |
| Kunjathan Thankappan | Plaintiff |
| Aqil Hashim | By x James McK____ |
| Bruono | James McKinnon |
| Kozikowski | Corrigan Correctional |
| Frank | 986, Norwich New London |
| | Uncasville, CT 06382 |

6 of 6