UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JAMES MCKINNON | : | PRISONER |
| *Plaintiff* | : | 3:03CV71(JBA)(JGM) |
| | : | |
| v. | : | |
| | : | |
| JOSE DELGADO, ET AL | : | JULY 25, 2005 |
| *Defendants* | | |

## OPPOSITION TO MOTION FOR DEFAULT

    The defendants, all employees of the Connecticut Department of Correction at the time of the alleged incidents, respectfully oppose the plaintiff's July 14, 2005 Motion for Default. The plaintiff's motion is premature, given that on June 2, 2005 the plaintiff filed a Memorandum of Law in support of a Request to File an Amended Complaint. The defendants filed a timely objection on July 1, 2005, and the Court has not yet issued a ruling. Consequently, until such time as a decision is rendered, the defendants cannot answer, as the operative complaint has not yet been identified by the Court.

    Therefore, for the foregoing reasons, the plaintiff's Motion for Default should be denied.

DEFENDANTS
JOSE DELGADO, ET AL

RICHARD BLUMENTHAL
ATTORNEY GENERAL

BY:    /s/
Robert B. Fiske, III
Assistant Attorney General
Fed. Bar No. ct17831
Office of the Attorney General
110 Sherman Street
Hartford, CT  06105
Tel:  (860) 808-5450
E-MAIL: Robert.Fiske@po.state.ct.us

## **CERTIFICATION**

This certifies that a copy of the foregoing was mailed this, the 26th day of July, 2005, to:

Mr.  James McKinnon, #100770
Corrigan Correctional Institution
986 Norwich-New London Turnpike
Uncasville, CT 06382

   /s/
Robert B. Fiske, III
Assistant Attorney General