UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JAMES MCKINNON | : | PRISONER<br>3:03CV71(JBA)(JGM) |
| *Plaintiff* | : | |
| | : | |
| v. | : | |
| | : | |
| JOSE DELGADO, ET AL | : | AUGUST 25, 2005 |
| *Defendants* | | |

## MOTION FOR AN EXTENSION OF TIME

The defendants, all employees of the Connecticut Department of Correction at the time of the alleged incidents, respectfully move for a thirty-day extension of time from August 25, 2005, to September 25, 2005, to provide responses to the plaintiff's Request for Interrogatories and Production, dated June 2, 2005, and an extension of time from August 29, 2005 to September 29, 2005, to file for summary judgment. The reasons for this extension are as follows:

1. In or around April 2003, the plaintiff filed a complaint in this matter.

2. On or about December 27, 2004, the undersigned was appointed responsibility for this case and an appearance was filed on behalf of the defendants.

3. On or about January 24, 2005, this Court issued a Scheduling Order setting forth deadlines for discovery and dispositive motions.

4. On or about February 15, 2005, the plaintiff filed a Motion for Summary Judgment, which was opposed by the defendants on March 23, 2005. That motion is still pending.

5. On or about May 3, 2005, the plaintiff filed a Motion for a Preliminary Injunction, which was opposed by the defendants on June 9, 2005[1]. That motion is still pending.

6. On or about June 2, 2005, the plaintiff filed a Memorandum in Support of a Request to

---

[1] Though on its face, it appears as if the defendants were late in their response, the deadline date for a response was in fact June 13, 2005.

File an Amended Complaint, which was opposed by the defendants on July 1, 2005. That motion[2] is still pending.

    7.  On or about June 2, 2005, the plaintiff sent his first request for interrogatories and production to the undersigned, which was received on June 9, 2005. On July 6, 2005, the defendants moved for a forty-five day extension of time until August 25, 2005 to provide responses. However, though the plaintiff's requests are not voluminous, the defendants are still awaiting some discovery materials to be provided and will need more time to review and gather the responses than originally anticipated. Consequently, the defendants respectfully request an additional thirty days, from August 25, 2005, to September 25, 2005 to respond.

    8.  In addition, the defendants respectfully request a thirty-day extension of time from August 29, 2005 to September 29, 2005, to file for summary judgment.

    9.  There are currently at least three motions filed by the plaintiff which are still pending in this Court, thus another thirty day extension of time to provide responses to his discovery requests or to file for summary judgment, will not result in any prejudice to the plaintiff. But, if either motion is denied, it will unduly prejudice the defendants, as they will be required to hastily respond to avoid possible sanctions, thereby compromising both their ability to mount a vigorous defense and preserve their right to object to unwarranted discovery demands. Moreover, the defendants will not have sufficient time to obtain the records necessary to respond to the plaintiff's discovery demands or to support their motion for summary judgment.

    10.  The plaintiff in a convicted and sentenced inmate and is currently incarcerated, and thus his position with respect to this motion is unknown.

---

[2] As noted in the defendant's opposition to the plaintiff's Request to Amend, the plaintiff did not file a motion, only a memorandum of law.

WHEREFORE, the defendants respectfully request that this Court grant their motion for a thirty day extension of time from August 25, 2005, to September 25, 2005, to respond to the plaintiff's June 2, 2005 Interrogatories and Requests for Production and from August 29, 2005 to September 29, 2005, to file for summary judgment.

                      DEFENDANTS
                      JOSE DELGADO, ET AL

                      RICHARD BLUMENTHAL
                      ATTORNEY GENERAL

BY:    /s/_____
       Robert B. Fiske, III
       Assistant Attorney General
       Fed. Bar No. ct17831
       Office of the Attorney General
       110 Sherman Street
       Hartford, CT  06105
       Tel:  (860) 808-5450
       E-MAIL: Robert.Fiske@po.state.ct.us

## CERTIFICATION

This certifies that a copy of the foregoing was mailed this, the 25th day of August, 2005, to:

Mr. James McKinnon, # 100770
Corrigan Correctional Institution
986 Norwich-New London Turnpike
Uncasville, CT 06382

       /s/_____
       Robert B. Fiske, III
       Assistant Attorney General