UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

```
JAMES McKINNON                  :
                                :           PRISONER
     v.                         :    Case No. 3:03CV71 (JBA)(JGM)
                                :
JOSE DELGADO, et al.            :
```

RULING ON PLAINTIFF'S MOTIONS FOR SUMMARY JUDGMENT

[Docs. ## 66, 67]

Plaintiff has filed two motions for summary judgment. Defendants oppose the motions on the ground that plaintiff has not complied with the local court rules for filing a motion for summary judgment.

Rule 56(a)1, D. Conn. L. Civ. R., requires that a motion for summary judgment be accompanied by a document setting "forth in separately numbered paragraphs a concise statement of each material fact as to which the moving party contends there is no genuine issue to be tried." Rule 56(a)3 requires that each statement of material fact "be followed by a specific citation to (1) the affidavit of a witness competent to testify as to the facts at trial and/or (2) evidence that would be admissible at trial." Any affidavits, deposition testimony, answers to interrogatories or other evidence must be filed with the statement of material facts. The rule states that this requirement applies to pro se litigants as well as to attorneys.

Plaintiff has not filed a statement of material facts in conformance with Local Rule 56(a). Thus, his motions for summary judgment [**docs. ##66, 67**] are **DENIED** without prejudice. Plaintiff may refile his motion accompanied by a statement of material facts that complies with the court rule.

**SO ORDERED** this 6th day of September, 2005, at New Haven, Connecticut.

```
          /s/
     _____
     Janet Bond Arterton
     United States District Judge
```