United States District Court
District of Connecticut

FILED
2005 SEP 12 P 4:40
U.S. DISTRICT COURT
BRIDGEPORT, CONN

James McKinnon
   Plaintiff

V.

Jose Delgado, ETAL
Defendants

Civil no. 3:03CV71
(JBA) (JGm)

September 6, 2005

Individual Capacity

Plaintiff Motion For Copy of Third Amended Complaint, That's containing answers used in a Summary Judgment motion documents identified by Exhibits.
Memorandum of Law

1. Plaintiff James McKinnon pro,se Respectfully move This Court To allow Court Clerk To provided one copy of Third Amended Complaint That plaintiff has know copy, Also the Plaintiff is a indigent inmate and request To be provided The copy at Court expence. Gluth v. Kangas 951 F.2d at 1510 upholding order requiring free photocapying for indigents)

By: /s/ James McK___
James McKinnon pro,se



Exhibit James McKinnon

indigent inmate

## Certification

I hereby Certify That The Foregoing was mailed To The defendant's attorney of record This 6.Th Day of September 2005, Also This Certify Through This attachment This claim To be True and To The best of my ability, Defendant's Individual Capacity)

Jose Debado, ETAL
John LaHDa
Aqil Hashim
Helen Dorsey
Sandi Orleman
Yolanda Zayas
KunjaThan ThanKoppan
Bruono
Kozikowski
Frank

Robert B. Fiske
Assistant Attorney General
110, Sherman Street
Hartford Connecticut
06105

Plaintiff
By: James McKinnon
James McKinnon prose
Corrigan Correctional
986, Norwich new london
Uncasville ct
06382