03 cv 71 Motion

United States District Court

District of Connecticut

FILED
2005 SEP 12 P 4:30
U.S. DISTRICT COURT
BRIDGEPORT, CONN

James McKinnon
Plaintiff

V.

Jose Delgado, ET AL
Defendants

Civil no. 3:03cv 71
(JBA) (JGm)
September 6, 2005
Individual Capacity

Plaintiff motion To Response To Defendants motion Dated August 25, 2005, for Enlargment of 30 day's, To provide request for Interrogatories and Production, Also To respond To The Plaintiff Third Amended Complaint.

1. Plaintiff James McKinnon Pro,se Respectfully moves This court To allow defendants request until September 25, 2005, regarding discovery condition's Rule 34)(a, Fed. R. Civil.P., Also for defendant's To respond To plaintiff motion for Summary Judgment That has facts needed To prove each of The allegations denied due process.

Respectfully,
By× James McKin———
James McKinnon prose

## Certification

I hereby certify That The foregoing was mailed To The defendants attorney of record This 6,Th Day of September 2005, Also This certify Through This attachment This claim To be True and To The best of my ability, Defendants Individual Capacity,

Jose Delgado, ETAL
John LaHDa
Aqil Hashim
Helen Dorsey
Sandi Orleman
Yolanda Zayas
Kunjathan ThanKappan
            Bruono
            Kozikowski
            Frank

Robert B. Fiske
Assistant Attorney General
110, Sherman Street
Hartford Connecticut
        06105

Plaintiff
Byx James McK
James McKinnon
Corrigan Correctional
986, Norwich New London
Uncasville CT
        06382