United States District Court
District of Connecticut

**FILED**
2005 SEP 27 P 4: 25
U.S. DISTRICT COURT
BRIDGEPORT, CONN

James McKinnon
Plaintiff

V.

Jose Delgado, ETAL
Defendants

Civil. No. 3:03CV71
(JBA) (JGM)

September 17, 2005

Individual Capacity

## Plaintiff Motion for Settlement Conference

The Plaintiff James McKinno respectfully moves this court to schedule a settlement conference in this matter.

The Plaintiff feels that settlement in this matter may well be enhanced by a formal settlement conference befor this court befor trial in this matter.

Respectfully
Submitted
By: Jam McKi

## Certification

I hereby Certify That a copy of The foregoing was mailed To The defendants ATTorney of record This 17,Th Day of September, 2005

Defendants    Individual Capacity

Jose Delgado, ETAL
John Lahda
Helen Dorsey
Sandi Orelman
Yolanda Zayas
KunjaThan Thankappan
Aqil Hashim
Frank Faccin
Bruono
Nicholas Kozikowski

---

RoberT B. Fiske
AssisTanT ATTorney General
Federal Bar NO#CT 17831
110, Sherman sTreet
HarTford ConnecTicuT
06105

PlainTiff
By× James mck——
James mckinnon
Corrigan CorrecTional
986. Norwich new London
Uncasville, CT
06382