United States District Court

District of Connecticut

FILED

2005 SEP 27 P 4: 25

U.S. DISTRICT COURT
BRIDGEPORT, CONN

James McKinnon
    Plaintiff

v.

Jose Delgado, ET AL
Defendant's

Civil no. 3:03cv71

(JBA) (JGm)

September 17, 2005

Individual Capacity)

## Plaintiff Request for Entry of Default

To: clerk of The court for The united States District Court of Connecticut, will you please enter The default of defendants Aqil Hashim Frank Faccin, for failure To plead or otherwise defend as provided by The federal Rules of Civil Procedure, as appears from The attached affidavit of James McKinnon.

Respectfully
By: James mc_____
James McKinnon, prose
September 17, 2005

## Certification

I hereby certify That a copy of The foregoing was mailed To The defendants ATTorney of record This 17.Th Day of SepTember, 2005

Defendants    Individual    Capacity

Jose Delgodo, ETAL.
John Lahda
Helen Dorsey
Sandi Orelman
Yolanda Zayas
Kunjathan Thankappan
AQil Hashim
Frank Faccin
Bruono
Nicholas Kozikowski

Robert B. Fiske,
Assistant ATTorney General
Federal Bar NO.#CT.17831
110, Sherman STreet
Hartford Connecticut
                    06105

PlainTiff
Byx James mcK
James mcKinnon
Corrigan Correcional
986, Norwich New
London Turnpike
Uncasville cT
                    06382