

United States District Court **FILED**

2005 OCT 17 P 4: 38

U.S. DISTRICT COURT
BRIDGEPORT, CONN

District of Connecticut

| | |
|---|---|
| James McKinnon<br>Plaintiff<br><br>V.<br><br>Jose Delgado, ETAL<br>Defendants | Civil. No, 3:03CV71<br><br>(JBA) (JGm)<br><br>October 7, 2005<br><br>Individual Capacity) |

Plaintiff Motion Memorandum Opposition To Defendants New Scheduling Order dated September 23, 2005, Defendants Jose Delgado, ETAL have missed This court First Scheduling Order dated Jan 24, 2005, Also Plaintiff has request This court To held defendants in Default. Rule, 55,

Plaintiff James McKinnon prose has provided This court with Exhibit's of First and Second Scheduling Order wich don'T Comply with Federal Rule 12(a) 1(B), Rule 12(a), 4, Fed.R.Civ.P.

Plaintiff
Byx James McK
James McKinnon prose

1 of 6

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

JAMES MCKINNON                           :
                                         :      PRISONER
v.                                       :      DOCKET NO.  3:03cv71(JBA)(JGM)
                                         :
JOSE DELGADO, et al                      :

SCHEDULING ORDER

Preparation for trial should proceed at this time on claims in the complaint which have not been dismissed or withdrawn. **All discovery and further proceedings in this case are limited to this claim/these claims**.

Pursuant to Rule 16(c) of the Federal Rules of Civil Procedure, it is hereby ORDERED:

1. Discovery pursuant to the Federal Rules of Civil Procedure, Rules 26 through 37, shall be completed within two months (60 days) of the date of this order. Discovery requests need not be filed with the court.

2. All motions for summary judgment shall be filed within three months (90 days) of the date of this order.

3. Pursuant to Local Civil Rule 7(a), a non-moving party must respond to a dispositive motion within 21 days of the date the motion was filed. If no response is filed, or the response is not timely, the dispositive motion can be granted absent objection. If the motion is granted, the complaint will be dismissed as to all defendants, appearing and non-appearing and the case will be closed. The case will **not** proceed to trial.

SO ORDERED this 22nd day of September, 2005, at New Haven, Connecticut.

/s/ Joan G. Margolis
U.S. Magistrate Judge

2 of 6

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

JAMES MCKINNON

v.

JOSE DELGADO, et al

PRISONER
DOCKET NO. 3:03cv71(JBA)(JGM)

FILED
2005 JAN 24 P 3: 11
U.S. DISTRICT COURT
NEW HAVEN, CT

FIRST SCHEDULING ORDER

The plaintiff has filed this Section 1983 complaint against the defendant(s). The first appearance in this action was filed on December 27, 2004.

Preparation for trial should proceed at this time on claims in the complaint which have not been dismissed or withdrawn. **All discovery and further proceedings in this case are limited to this claim/these claims.**

Pursuant to Rule 16(c) of the Federal Rules of Civil Procedure, it is hereby ORDERED:

1. Defendant shall file any motions to dismiss for failure to state a claim under Fed. R. Civ. P. 12(b)(6), or motions to dismiss as frivolous under Title 28 U.S.C. Section 1915(e), or answer or other reply within 60 days of the date on which the appearance was filed. **Failure to respond to the complaint in a timely manner will result in the entry of default for failure to plead.**

2. If either party determines that an early settlement conference would be beneficial in this case, he shall file a motion seeking a settlement conference within 90 days of the date on which the appearance was filed.

3. Discovery pursuant to the Federal Rules of Civil Procedure, Rules 26 through 37, shall be completed within six months (180 days) of the date on which the appearance was filed. Discovery requests need not be filed with the court.

4. All motions for summary judgment shall be filed within seven months (210 days) of the date on which the appearance was filed.

5. Pursuant to Local Civil Rule 7(a), a non-moving party must respond to a dispositive motion within 21 days of the date the motion was filed. If no response is filed, or the response is not timely, the dispositive motion can be granted absent objection. If the motion is granted, the complaint will be dismissed as to all defendants, appearing and non-appearing and the case will be closed. The case will **not** proceed to trial.

SO ORDERED this 24th day of January, 2005, at New Haven, Connecticut.

Joan G. Margolis
U.S. Magistrate Judge

# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT
915 LAFAYETTE BOULEVARD
BRIDGEPORT, CONNECTICUT 06604
(203) 579-5861

KEVIN F. ROWE
CLERK

VICTORIA C. MINOR
CHIEF DEPUTY CLERK

CHRYSTINE W. CODY
DEPUTY IN CHARGE

October 3, 2005

James McKinnon #100770
Corrigan Correctional Institution
986 Norwich-New London Turnpike
Uncasville, CT 06382

Re: McKinnon v. Delgado, et al
    3:03cv71(JBA)(JGM)

Dear Mr. McKinnon:

This is in response to your letter received by this court on 10/3/05, wherein you request that Judge Margolis "stop the new issued scheduling order."

This is to advise you that your request must be made in the form of a motion, with a certificate of service attached indicating you have mailed a copy to the Assistant Attorney General Robert Bishop Fiske, III.

Your letter will not be construed as a motion.

Very truly yours,

Kevin F. Rowe
Clerk

By:  Mary E. Larsen
     Deputy Clerk

## Certification

I hereby certify that the foregoing was mailed to the defendants attorney of record this 7 Day of October 2005 Defendants Individual Capacity?

Jose Delgado, ETAL
John Lahda
Helen Dorsey
Sandi Orelman
Yolanda Zayas
Kunja Than Than Kappan
Aqil Hashim
Frank Faccin
Bruono
Nicholas Kozikowski

---

Robert B. Piske
Assistant Attorney General
Federal Bar No. CT17831
110, Sherman Street
Hartford, Connecticut
06105

Plaintiff
By: James mcki____
James mcKinnon prose
Corrigan Correctional
986, Norwich New London
Uncasville, CT
06382

6 of 6