United States District Court
District of Connecticut

**FILED**
2005 OCT 17 P 4:38
U.S. DISTRICT COURT
BRIDGEPORT, CONN

James McKinnon
Plaintiff

v.

Jose Delgado, ETAL
Defendants

Civil no, 3:03CV71
(JBA) (JGm)
October 7, 2005
Individual Capacity)

## Plaintiff Request for Entry of Default

To: Clerk of the court for the United States District Court of Connecticut, will you please enter the default of defendants Aqil Hashim, Frank Faccin, for failure to plead or otherwise defend as provided by the Federal Rules of Civil Procedure, as appears from the attached affidavit of James McKinnon. Rule 55.

Respectfully,
By x /s/ James McKinnon
James McKinnon prose
October    , 2005

1 of 5

## Certification

I hereby certify that the foregoing was mailed to the defendants Attorney of record this 7 Day of October, 2005

Defendants          Individual   Capacity

Jose Delgado, ETAL
John Lahda
Helen Dorsey
Sandi Orelman
Yolanda Zayas
Kunjathan Thankappan
Aqil Hashim
Frank Faccin
Bruono
Nicholas Kozikowski

Robert B. Fiske
Assistant Attorney General
Federal Bar, No. CT 17831
110, Sherman Street
Hartford Connecticut
    06105

Plaintiff
By: James McK_____
James McKinnon prose
Corrigan Correctional
986, Norwich Newlondon
Uncasville CT
    06382

5 of 5