## Affidavit For Entry of Default

State of Connecticut

County of Bridgeport

FILED
2005 OCT 17 P 4:38
U.S. DISTRICT COURT
BRIDGEPORT, CONN

Plaintiff James McKinnon, being duly sworn, deposes and says:

SS: 3:03CV71 (JBA)(JGm)

1. I am the pro.se Plaintiff in the above entitled matter.

2. The defendants' Aqil Hashim and Frank Faccin was served with a copy of the Summons and Complaint as appears from the proof of service on file.

3. The defendants Aqil Hashim and Frank Faccin has not filed or served an answer or taken other action as may be permitted by law although more than 55 days have passed since the date of service.

James McKinnon
Byx /s/ Jam McK
Corrigan Correctional
986, Norwich New London
Uncasville Connecticut
  06382

Sworn to before me this
___7___ day of October, 2005
         2 of 5