United States District Court

District of Connecticut

FILED
2005 OCT 17 P 4: 38
U.S. DISTRICT COURT
BRIDGEPORT, CONN

| James McKinnon<br>Plaintiff<br><br>V.<br><br>Jose Delgado, ETAL<br>Defendants | Civil. no, 3:03CV71<br>(JBA) (JGM)<br><br>October 7, 2005<br><br>Individual Capacity |

## Plaintiff Request for Entry of Default Rule, 55,

To: clerk of the court under Rule, 55, (a), (b) Entry. When a party against whom a judgment for affirmative relief is sought has failed to plead or otherwise defend as provided by these rules and that fact is made to appear by affidavit or otherwise, the clerk shall enter the party's default.

(b) Judgment by default may be entered as follows:
(1) By the clerk. When the Plaintiff's claim against a defendant is for a sum certain or for a sum which can by computation be made certain, the clerk upon request of the plaintiff and upon affidavit of the amount due shall enter judgment for that amount and costs against the defendants, if the defendants has been defaulted for failure to appear and is not an infant or incompetent person.

Byx James McK
James McKinnon pro se

1 of 2

## Certification

I hereby certify that the foregoing was mailed to the defendants attorney of record this __7__ Day of October, 2005

Defendants Individual Capacity

Jase Delgado, ETAL
John Lahda
Helen Dorsey
Sandi Orelman
Yolanda Zayas
Kunjathan Thankappan
Aqil Hashim
Frank Faccin
Bruono
Nicholas Kozikowski

Robert B. Fiske
Attorney General Assistant
Federal Bar, NO, CT 17831
110, Sherman Street
Hartford Connecticut
         06105

Plaintiff
By: James McK____
James McKinnon prose
Corrigan Correctional
986, Norwich New London
Uncasville CT
         06382