# United States District Court

## District of Connecticut

FILED

2005 OCT 27 P 2:31

U.S. DISTRICT COURT
BRIDGEPORT, CONN.

James McKinnon
Plaintiff

v.

Jose Delgado, ET AL
Defendants Individual Capacity)

Civil. no. 3:03CV 71
(JBA) (JGM)
October 19, 2005

---

Plaintiff Memorandum in Opposition To The Defendants Answer Dated October 14, 2005 Under Rule 50.b, 50.c,2, 52.b, 59.b, 59.d, and 59.e, Fed. R. Civ. P., court has set out deadline date of September 29, 2005, Document 86-1 (Docs. ## 76,81)

Plaintiff James McKinnon pro se pursuant To Rule 6.b, Fed. R. Civ. P, Rule 50.b, 50.c,2, 52.b, 59.b, 59.d, and 59.e, Fed. R. Civ. P. move The court To contend There are a few deadlines That defendants fail To post necessary Facts in manner required by The court.

Plaintiff
By x Jam Mck
James McKinnon

2. PlainTiff move The court To deny Their motion on The grounds That defendants factual allegation are not on Time with Rule 6, Fed. R. Civ. P.

3. PlainTiff has moved for entry of default against defendants for failure to answer The complaint on new court deadline of September 29, 2005.

4. under Rule 55a, when a party against whom a judgment for affirmative relief is sought has failed To plead or otherwise defend a defalT Shall enter.

5. According To The january 24, 2005 scheduling order in This case case (Doc #64) defendants answers or motions To dismiss were due 60 days from The date of appearance.

6. The defendants attorney is reprenting The defendants Jose Delgado, John Lahda, Helen-Dorsey, Sandi Oretman, Yolanda Zayas, Kunj aThan Thankappan, in answer and defenses dated September 12, 2005.

7. The defendants who have alredy been served defendants attorney have not arrange To accept service for The unserved defendants Aqil Hashim and Frank Faccin, with Nicholas Kozikowski.

8. plainTiff was not contact by defendants To authorization of This for plainTiff To agree.

By x fam mk
James Mc Kinhor

9. Defendants have not answer within 10'days of Court ruling document 86-1 September 6.2005.

10. Defendants summary judgment motion was due September 29,2005.

Plaintiff
By x Jam mck
James mcKinnon

## Certification

I hereby certify That a copy of The foregoing was mailed To The defendants Attorney of record

This 19, Day of October, 2005
Defendants Individual Capacity
Jose Delgodo, ET AL
John Lahda
Helen Dorsey
Sandi Orelman
Yolanda Zayas
Kunjathan Than Kappan
Aqil Hashim
Frank Faccin
Bruono
Nicholas Kozikowski

Plaintiff
By x Jam mck
James mcKinnon
Corrigan Correctional
986, Norwich New London
Uncasville, CT
06382

Robert B. Fiske
Assistant Attorney general
110, Sherman Street
Hartford Connecticut
06105