United States District Court

District of Connecticut

**FILED**
2005 OCT 27 P 2:31
U.S. DISTRICT COURT
BRIDGEPORT, CONN

James McKinnon
   Plaintiff

v.

Jose Delgado, ET AL
Defendants

Civil. no. 3:03CV71
(JBA) (JGM)

October 19, 2005

Individual Capacity)

## Motion To Compel Production of Documents

Plaintiff, James McKinnon, under F.R.C.P. pursuant to Rule 26,b,1, 34,b, and 37,a, F.R.C.P. and moves the court for and order compelling the defendants to produce for inspection any copying the documents requested of: a, The Plaintiff Interrogatories; b, Plaintiff request for production: both of which was sent to the counselor of record at the address indicated on the certification.

Plaintiff
By: /s/ James McK
James McKinnon

1. Document #75, The defendants move for a extension of time until September 25, 2005 to respond to plaintiff's requests for interrogatories and production, Defendants first motion for a extension of time (Doc. 76) was filed on July 8-2005, which is more than 30 days from the date of service of the discovery request, which defendants have acknowledge were sent on june 2, 2005.

2. Their motion was untimely under Fed. R. Civ. P. 33(b) and 34(b), and for that reason defendants have waived any objections they may had to plaintiff's discovery request.

3. Defendants filed a second request for extension of time (Doc. #81) on august 26, 2005, seeking another 30 days because defendants was still awaiting some discovery materials that was to be provided, because of the answers, the court grant the extension.

4. Plaintiff has contacted defendants counsel and made a good faith effort to obtain responses to the discovery request, now plaintiff has decide to file another motion to compel because the plaintiff is unsuccessful, attach is a copy of the letter to the motion.

Plaintiff
By: *James McKinnon*
James McKinnon