# Memorandum of Law in Support of The Plaintiff Motion To Compel

FILED
2005 OCT 27 P 2:31
U.S. DISTRICT COURT
BRIDGEPORT, CONN

Plaintiff can obtain documents created by the prison officials giving their versions of incidents and their justifications for their actions or policies.

Sometimes, information obtained in discovery raises more questions, and plaintiff will have to pursue leads through additional discovery. Please See, Brandon v. Beard, 140 F.R.D. 328, 329 (M.D. Pa. 1991) directing production of portions of personnel records).

The discovery process is intended to work without the need for court intervention. However defendants has refused to comply with a discovery request, or has failed to disclose information required by the rules. Please see,

Rule 26(c) Fed. R. Civ. P. as amended in 1993, The disclosure requirement is discussed in Rules 37(a), (2)(A) 37(a)(2)(B), 37(d), Fed. R. Civ. P. Most Local Court rules imposed this requirement even earlier. Also Please See, Hunter v. Moran, 128 F.R.D. 115, 116-17 (D. Nev. 1989).

Plaintiff
By x James McK——
James McKinnon pro se

5. Defendants have been granted until September 25, 2005, To comply with plaintiff's discovery request at That Time They have waived any objection, Therefore Plaintiff motion need be granted To Compel.

Plaintiff
By x /s/ Jam mck
James mckinnon

## Certification

I hereby certify That a copy of The foregoing was mailed To The defendants Attorney of record This 19, Day of October, 2005

Defendants       Individual       Capacity
Jose Delgado, ETAL
John Landa
Helen Dorsey
Sandi Orelman
Yolanda Zayas
Konjathan Thankappan
Aqit Hashim
Frank Faccin
Bruono
Nicholas Kozikowski

Robert B. Fiske
Assistant Attorney general
110, Sherman Street
Hartford Connecticut
06105

Plaintiff
By x /s/ Jam mck
James mckinnon
Corrigan Correctional
986, Norwich NewLondon
Uncasville, CT
06382