UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JAMES MCKINNON | : | PRISONER |
| *Plaintiff* | : | 3:03CV71(JBA)(JGM) |
| | : | |
| v. | : | |
| | : | |
| JOSE DELGADO, ET AL | : | OCTOBER 25, 2005 |
| *Defendants* | | |

## MOTION FOR AN EXTENSION OF TIME

The defendants respectfully move for an extension of time, *nunc pro tunc*, from September 29, 2005 to December 23, 2005, the deadline date for the defendants' motion for summary judgment, to file their opposition to the plaintiff's Motion for Summary Judgment. The plaintiff will not be prejudiced if this extension of time is granted, and it will minimize the effort of this Court, as the defendants are planning to file a motion for summary judgment themselves. Thus the Court could decide both motions simultaneously. In addition, the plaintiff is currently involved in settlement negotiations with Assistant Attorney General Henri Alexandre for a global settlement of all of the plaintiff's pending litigation involving the Department of Correction, including this case. The plaintiff's interest in settling this case is demonstrated by his filing of a Motion for a Settlement Conference on September 27, 2005, which was entered into the docket as item #93 on September 29, 2005. Thus, if a settlement is reached before the defendant's summary judgment deadline, the issues now pending before this Court would become moot.

In addition, for the same reasons as set forth above, the defendants also respectfully request a brief three week extension of time, *nunc pro tunc*, to provide the plaintiff with his outstanding discovery requests. The undersigned wrote to the plaintiff today in a good faith

effort to resolve the discovery issues and with this short extension of time, coupled with the assistance of the plaintiff as requested in the letter, the undersigned is confident that all discovery issues can be resolved amicably without further court involvement. A separate memorandum of law opposing the October 19, 2005 Motion to Compel, which was received today, has been filed.

Accordingly, because of the plaintiff's interest and involvement in on-going settlement negotiations with the Office of the Attorney General to settle this and his other litigation, he will not be prejudiced by either of the extensions of time requested herein, however, the defendants will be if this request is denied. The issues involved herein may become moot in the event a settlement can be reached, but if not, then they will be resolved by the dates requested.

The plaintiff in a convicted and sentenced inmate and is currently incarcerated, and thus his position with respect to this motion is unknown.

WHEREFORE, the defendants respectfully request that this Court grant their motion for an extension of time, *nunc pro tunc*, from September 29, 2005 to December 23, 2005 to file an opposition to the plaintiff's Motion for Summary Judgment, and a three week extension of time, *nunc pro tunc*, to provide responses to the plaintiff's requests for discovery, in the event a settlement between the parties is not reached.

|     |     |
| --- | --- |
|     | DEFENDANTS<br>JOSE DELGADO, ET AL<br><br>RICHARD BLUMENTHAL<br>ATTORNEY GENERAL |
| BY: |   /s/<br>Robert B. Fiske, III<br>Assistant Attorney General<br>Fed. Bar No. ct17831<br>Office of the Attorney General<br>110 Sherman Street<br>Hartford, CT  06105<br>Tel:  (860) 808-5450<br>E-MAIL: Robert.Fiske@po.state.ct.us |

## **CERTIFICATION**

This certifies that a copy of the foregoing was mailed this, the 25th day of October, 2005, to:

Mr. James McKinnon, # 100770
Corrigan Correctional Institution
986 Norwich-New London Turnpike
Uncasville, CT 06382

                                                                     /s/
                                                            Robert B. Fiske, III
                                                            Assistant Attorney General