United States District
Court
District of Connecticut

FILED

2005 NOV -4 P 3: 45

U.S. DISTRICT COURT
BRIDGEPORT, CONN.

James McKinnon
   Plaintiff

V.

Jose Delgado, ETAL
Defendants

Civil, no 3:03cv71
(J BA) (JGm)
October 26, 2005
Individual Capacity?

Plaintiff Motion Memorandum In Opposition To Defendants Answer Dated October 25, 2005, Plaintiff Support To Compel Discovry Request was Filed June 2, 2005.

1. Plaintiff James McKinnon prose Respectfully move The court To denie The defendants request Dated October 25, 2005, To Plaintiff Discovry request Dated June 2, 2005.

                             Plaintiff
                             Buy Jam Mck
                             James McKinnon

1 of 4

2. This is a Section § 1983 action Filed by The Plaintiff, James McKinnon, seeking damages and relief base on The defendants violation of The Plaintiff's State and Constitional Rights.

3. This motion seeks To compel answers To The plaintiff Interrogatories addresse To The defendants pursuant To Rule 33 of The F.R.C.P., and answers To plaintiff request for production of documents pursuant To Rule 37 of The F.R.C.P.,

4. The defendants have not answered in a Timely manner, Plaintiff motion To compel (Doc # 75) was denied without Prejudice, Document 86-4.

5. Defendants motion for extension of Time To respond To plaintiff's discovery request (Doc # # 76-81) was granted To and including September 25, 2005, Document 86-1.

6. Beeause Plaintiff motion for default (Doc # 78) was denied without prejudice To renew if The defendants have not answer within 10 days of document 86-1, with date of September 25, - 2005.

Plaintiff
Byx James mck—
James McKinnon prose

2 of 4

7. Even if The request discovery were burden-
some, it would be required if relevant To The case.
King V. Georgia Power CO., 50 F.R.D. 134(N.D.
GA.1970 The relivance of The ITems souhT is
demunsTrated in point I Supra Pursuant To
rule 37(b),3, Evasive or Incomplete, Disclosure,
Response; For The purposes of subdivison an
evasive or incomplete disclosure answer, or resp-
onses is To be Treated as a failure To disclose,

PlainTiff
Byx Jam McKin
James mcKinnon

## Conclusion

Wherefore: The courT Should granT plainTiff
motion To compel discovery, include and order
To pay The amounT of reasonable expenses incu-
rred because of The violation and aTTorney fees
in The amounT of $ 10,000.00 Dollar.

PlainTiff
Byx Jamy mcka
James mcKinnon

# Certification

I hereby certify That The foregoing was mailed To The defendants ATTorney of record This 26 Day of October 2005.

Defendants  Individual  Capacity

Jose Delgodo, ETAL
John Landa
Helen Dorsey
Sandi Orelman
Yolanda Zayas
Kunjathan Thankappan
Aqil Hashim
Frank Faccin
Bruono
Nicholas Kozikowski

RoberT B. Fiske
Assistant ATTorney general
110, Sherman STreet
HarTford, CT 06105

PlainTiff
By James mckinon
James mckinnon
Corrigan CorreTional
986, Norwich newlondon
Uncasville, CT
        06382

4 of 4