United States District Court

District of Connecticut

FILED
2005 NOV -9 P 4: 38
U.S. DISTRICT COURT
BRIDGEPORT, CONN.

James McKinnon
Plaintiff

v.

Jose Delgado, ETAL
Defendants

Civil. No. 3:03CV 71
(JBA) (JGm)

November 2, 2005

Individual Capacity)

Plaintiff Motion Memorandum In Opposition To Defendants Answer Dated October 25, 2005 For A Three Time request for Extension of Time.

Plaintiff James McKinnon pro se pursuant To Rule 12, Fed R. Civ. P., move This court To contend That if Court grant The defendants request its prejudiced To the plaintiff, reason This Time defendants are required To answer within Ten days, defendants Summary judgment motions is due September 29, 2005 (Docs. 81) Document 86-1

In addition This case is currently not involved in plaintiff Settlement negotiations with Assistant Attorney General Henri Alexandre.

Plaintiff has demonstrated interest in settling This case by filing of a motion for a Settlement Conference on September 27, 2005, which was entered into docket as item #93, on September 29, 2005.

Because plaintiff is not granted Settlement request not involving This case, Plaintiff has demonstrated it will be prejudiced if The defendants motion for extension is granted.

Plaintiff ask The court To deny Their motion on The grounds That The defendants factual allegations are not correct and incomplete.

Plaintiff
By x/s/ James McK
James McKinnon prose

## Memorandum of Law in Support of The Plaintiff Opposition

Defendants has failed To plead or otherwise defend as The rules require, please see. Rule 55,a, Fed. R.Civ.P, a failure To file an answer within The Time prescribed by Law.

Plaintiff
By x/s/ James McK
James McKinnon

2 of 3

## Certification

I hereby certify that a copy of the foregoing was mailed to the defendants Attorney of record this 2, Day of November, 2005

Defendants Individual Capacity

Jose Delgado, ETAL
John Lahda
Helen Dorsey
Sandi Orelman
Yolanda Zayas
Kunjathan Thankappan
Aqit Hashim
Frank Faccin
Bruono
Nicholas Kozikowski

Robert Fiske
Assistant Attorney General
110, Sherman Street
Hartford Connecticut
    06105

Plaintiff
By× James McKinnon
James McKinnon prose
Corrigan Correctional
986, Norwich New London
Uncasville, CT
    06382