UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

FILED

2005 NOV -7 P 3: 55

U.S. DISTRICT COURT
NEW HAVEN, CT

| | |
|---|---|
| JAMES McKINNON,<br>    Plaintiff,<br><br>v.<br><br>DELGADO, et al.,<br>    Defendants. | :<br>:<br>:   PRISONER<br>:   Case No. 3:03cv71 (JBA)(JGM)<br>:<br>:<br>: |

### ORDER OF TRANSFER TO UNITED STATES MAGISTRATE JUDGE

The parties to this action have consented to the exercise of jurisdiction by a United States Magistrate Judge. The plaintiff signed the attached consent form on November 20, 2003, and the defendants, through counsel, on October 26, 2005.

It is hereby ordered that the case be transferred to the Honorable Joan G. Margolis, United States Magistrate Judge, for all further proceedings and the entry of judgment in accordance with the provisions of Title 28, United States Code, Section 636(c), Federal Rule of Civil Procedure 73 and the consent of the parties.

SO ORDERED this 7th day of November, 2005, at New Haven, Connecticut.

                                          Janet Bond Arterton
                                          United States District Judge

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| JAMES MCKINNON | PRISONER |
| V. | CASE NO. 3:03CV71(JBA)(JGM) |
| DELGADO, ET AL | |

## CONSENT TO JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of Title 28, United States Code, Section 636(c), the undersigned party or parties to the above-captioned civil matter hereby voluntarily consent to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment.

_____     _____
Date                                        Signature of Plaintiff(s)

                                               _____
                                               Printed/Typed Name

10-26-05                              _____
Date                                        Signature of Defendant(s)

                                               Robert B. Fiske
                                               _____
                                               Printed/Typed Name

**RETURN THIS FORM TO THE CLERK OF THE COURT IF YOU CONSENT TO JURISDICTION BY A MAGISTRATE JUDGE. <u>DO NOT SEND A COPY OF THIS FORM TO ANY DISTRICT JUDGE OR MAGISTRATE JUDGE.</u>**

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| JAMES MCKINNON | PRISONER |
| V. | CASE NO. 3:03CV71(JBA)(JGM) |
| DELGADO, ET AL | |

### CONSENT TO JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of Title 28, United States Code, Section 636(c), the undersigned party or parties to the above-captioned civil matter hereby voluntarily consent to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment.

11-20-03
Date

*James Lee McKinnon Jr* (signature)
Signature of Plaintiff(s)

James Lee McKinnon Jr
Printed/Typed Name

_____
Date

_____
Signature of Defendant(s)

_____
Printed/Typed Name

**RETURN THIS FORM TO THE CLERK OF THE COURT IF YOU CONSENT TO JURISDICTION BY A MAGISTRATE JUDGE. DO NOT SEND A COPY OF THIS FORM TO ANY DISTRICT JUDGE OR MAGISTRATE JUDGE.**