United States District Court
District of Connecticut

FILED
2005 NOV 14 P 4:46
U.S. DISTRICT COURT
BRIDGEPORT, CONN

James McKinnon
   Plaintiff

v.

Jose Delgado, ETAL
   Defendants (Individual Capacity)

Civil. no. 3:03CV71
(JBA) (JGM)
October 19, 2005

## Plaintiff Request For Entry of Default

To: Clerk of the court for the United States District court of Connecticut, will you please enter the default of defendants Jose Delgado, John Lahda, Helen Dorsey, Sandi-Orelman, Yolanda Zayas, Kunjathan Than-Kappan, Aqil Hashim, Frank Faccin, Bruono, Nicholas Kozikowski, for failure to plead or otherwise defend as provided by court set out dead line date of September 29, 2005, Document 86-1 (Docs. #76, 81).

Plaintiff motion for default (Doc. #78) was denied without prejudice to renew if defendants do not answer within 10 days, due September 29, 2005.

                                    Plaintiff
                                    By x /s/ James McKinnon
                                    James McKinnon