# Affidavit For Entry of Default

State of Connecticut )
County of Bridgeport ) SS: 3:03CV71 (JBA) (JGM)

**FILED 2005 NOV 14 P 4:46 U.S. DISTRICT COURT BRIDGEPORT, CONN.**

Plaintiff James McKinnon, being duly sworn, deposes and says:

1. I am the prose plaintiff in the above entitled matter.

2. The defendants Jose Delgado, John Lahda, Helen Dorsey, Sandi Orelman, Yolanda Zayas, Kunjathan Thankappan, Aqil Hashim, Frank Faccin, Bruono, Nicholas Kozikowski, was served with a copy of the Summons and Complaint as appears from the proof of service on file.

3. The defendants Jose Delgado, ETAL has not answer or taken other action as permitted set out deadline date of September 29, 2005, Document-86-1 (Docs. #76, 81)

4. Plaintiff James McKinnon prose move this court to show summary is to be granted only if the court record before the court show's that there is no genuine issue as to any material fact and that the moving party is entitled to a judgment as a matter of law.

Plaintiff
By× /s/ Jum McK_____
James McKinnon

## Certification

I hereby certify that a copy of the foregoing was mailed to the defendants Attorney of record this 19, Day of October, 2005

Defendants    Individual    Capacity

Jose Delgado, ETAL
John Lahda
Helen Dorsey
Sandi Orelman
Yolanda Zayas
Kunjathan Thankappan
Aqil Hashim
Frank Faccin
Bruono
Nicholas Kozikowski

Robert B. Fiske
Assistant Attorney general
110, Sherman Street
Hartford Connecticut
    06105

                    Plaintiff
                    By x /s/ James McKinnon
                    James McKinnon
                    Corrigan Correctional
                    986, Norwich NewLondon
                    Uncasville, CT
                        06382