# Request for Entry of Default Judgment

James McKinnon v. Jose Delgado

2005 NOV 29 P 2:19
U.S. DISTRICT COURT
BRIDGEPORT, CONN

SS: 3:03CV71
(JBA) (JGM)

To: Clerk of The Court

Plaintiff James McKinnon requests that you enter judgment in default based upon the attached affidavit against defendants Aqil-Hashim and Frank Faccin in the above entitled matter for $10,500. Plus interst as the rate of 95% costs.

October 7, 2005

By x /s/ James McKinnon
James McKinnon prose
Corrigan Correctional
986, Norwich New London
Uncasville, CT
06382

# Affidavit in Support of Request for Default Judgment

FILED
2005 NOV 29 P 2:19
U.S. DISTRICT COURT
BRIDGEPORT, CONN.

James McKinnon v. Jose Delgado

State of Connecticut

County of Bridgeport

SS: 303CV71 (JBA)(JGM)

Plaintiff James McKinnon being duly sworn, deposes and says:

1. I am the prose plaintiff in the above-entitled matter.

2. The amount due plaintiff from defendants Aqil Hashim and Frank Faccin is each defendant.

3. The defendants has been entered for failure to appear in this action.

4. The amount listed above is due and owing and no part has been paid.

5. The cost sought to be recovered have accorred in this action.

6. That the defendants is not in the military service as shown by the attached affidavit.

By: /s/ James McKinnon
James McKinnon
Corrigan Correctional
986 Norwich New London
Uncasville CT 06382

Sworn to before me this 7, day of October, 2005
By: /s/ James McKinnon, James McKinnon

# Certification

I hereby Certify That a copy of The foregoing was mailed To The defendants Attorney of record This <u>7Th</u> Day of October 2005

<u>Defendants Individual Capacity
Jose Delgado, ETAL
John Lahda
Helen Dorsey
Sandi Orelman
Yolanda Zayes
Kunjathan ThanKappan
Agit Hashim
Frank Faccin
Bruono
Nicholas Kozikowski</u>

Robert B. Fiske
Assistant Attorney general
110, Sherman Street
Hartford Connecticut
     06105

Plaintiff
By x /s/ James McK____
James McKinnon
Corrigan Corretional
986, Norwich Newlondon
Uncasville Connecticut
     06382