NOV 14 2005

## Request For Entry of Default Judgment

James McKinnon v. Jose Delgado ET AL (JBA) (JGM)

To: Clerk of The court

FILED
2005 DEC -2 P 2:19
U.S. DISTRICT COURT
BRIDGEPORT, CT

SS: 3:03CV71

Plaintiff James McKinnon requests that you enter judgment in default based upon the attached affidavit against defendants Jose Delgado, John Lahda, Helen Dorsey, Sandi Orelman, Yolanda Zayas, Kunja Than-Thankappan, Aqil Hashim, Frank Faccin, Bruono, Nicholas Kozikowski, in the above entitled matter for $75,000.00 plus interest at the rate of 95 % and court costs.

Plaintiff
By x James McK_____
James McKinnon
Corrigan Correctional
986, Norwich Newlondon
Uncasville CT, 06382