NOV 14 2005

# Affidavit As To Military Service

James McKinnon v. Jose Delgado,

STATE OF CONNECTICUT
COUNTY OF BRIDGEPORT

SS: 3:03cv-71 (JBA)(JGM)

FILED
2005 DEC -2 P 2:19
U.S. DISTRICT COURT
BRIDGEPORT, CONN

James McKinnon, being duly sworn, deposes and says:

1. I am the pro se plaintiff in the above entitled matter. I make this affidavit pursuant to the requirements of the Soldiers and Sailors Civil Relief Act, 50 U.S.C. Appendix, § 520.

2. The defendants Jose Delgado, John Lahda, Helen Dorsey, Sandi Orelman, Yolanda Zayas, Kunjathan Thankappan, Aqil Hashim, Bruono, Nicholas Kozikowski, has worked at the Garner Correctional Facility since plaintiff was first incarcerated in June 6, 2001.

3. Based on that fact, the plaintiff is convinced that defendants Jose Delgado, ETAL. is not in the military service of the United States.

Sworn to before me this
19, day of October, 2005

James McKinnon
James McKinnon

Plaintiff
By: James McKinnon
James McKinnon