# Affidavit In Support of Request For Default Judgment

FILED
NOV 1 4 2005

2005 DEC -2 P 2:19
U.S. DISTRICT COURT
BRIDGEPORT, CONN

James McKinnon v. Jose Delgado, ET AL

State of Connecticut )
County of Bridgeport ) SS: 3:03CV71
(JBA) (JGM)

Plaintiff James McKinnon, being duly sworn, deposes and says:

1. I am the pro se plaintiff in the above-entitled matter.

2. The amount due plaintiff from defendants Jose Delgado, John Lahda, Helen Dorsey, Sandi Orelman, Yolanda Zayas, Kunjamman-Thankappan, Apil Hashim, Frank Faccin, Bruono, Nicholas Kozikowski, is $75,000.00.

3. The default of the defendants has been entered for failure to appear in this action set out by court deadline date of September 29, 2005, Court, Document 86-1 (Docs. # #76, 81)

4. The amount listed above is due and owing and no part has been paid.

5. The costs sought to be recovered have accurred in this action.

Plaintiff
By x /s/ Jam McK___
James McKinnon

## Certification

I hereby certify that a copy of the foregoing was mailed to the defendants Attorney of record this 19th Day of October 2005

Defendants   Individual   Capacity

Jose Delgado, ET AL
John Lahda
Helen Dorsey
Sandi Orelman
Yolanda Zayas
Kunjathan Thankappan
Aqil Hashim
Frank Faccin
Bruono
Nicholas Kozikowski

---

Robert B. Fiske
Assistant Attorney General
110, Sherman Street
Hartford Connecticut
06105

Plaintiff
By x/s/ James McKinn
James McKinna
Corrigan Correctional
986, Norwich New London
Uncasville, CT
06382