James McKinnon v. Jose Delgado, ETAL  SS: 3:03CV71 (JBA)(JGM)

**NOV 14 2005**

**FILED 2005 DEC -2 P 2: 19 U.S. DISTRICT COURT BRIDGEPORT, CONN**

## Motion For Default Judgment

Plaintiff James McKinnon moves the court to enter a default judgment against defendants Jose Delgado, John Lahda, Helen Dorsey, Sandi-Orelman, Yolanda Zayas, Kunjathan Thankap-pan, Aq'il Hashim, Frank Faccin, Bruono, Nicholas Kozikowski, for $75,000.00 and states:

1. A default has been entered against defendants Jose Delgado, ETAL for failure to answer or otherwise defend setout deadline of September 29, 2005, Document 86-1 (Docs. #76, 81) in the above entitled matter.

2. Defendants Jose Delgado, ETAL is not in the military service as shown by the attached affidavit.

Dated October 19, 2005
Plaintiff
By x /s/ James McKinnon
James McKinnon
Corrigan Correctional
986, Norwich New London
Uncasville Connecticut
06382