Java..... McKinnon v. Jose Delgado, ETAL

NOV 1 4 2005

SS: 3:03CV71
(JBA) (JGM)

FILED

## Notice of motion for Default

## Judgment

2005 DEC -2 P 2: 19

U.S. DISTRICT COURT
BRIDGEPORT, CONN

TO: Jose Delgado, John Lahda, Helen Dorsey, Sandi Orelman, Yolanda Zayas, KunjaThan-ThanKoppan, Aqil Hashim, Frank Faccin, Bruono, Nicholas Kozikowski,

Please Take notice The Plaintiff will make application To The court, at room_____ United States District court 915, LaFayette BLVD, Bridgeport Connecticut, 06604, on The date _____ at 10:00 A.m. or soon There after as he may be heard, for entry of a default Judgment in favor of The Plaintiff and against yous for $75,000.00.

Date October 19, 2005
Plaintiff,
Byx Jam mck
James mcKinnon
Corrigan Correctional
986, Norwich New London
Uncasville CT, 06382

James McKinnon v. Jose Delgado, ETAL

SS: 3:03CV71
(JBA) (JGm)

DEC - 2 2005

## Judgment

The court has ordered That The plaintiff herein recover of The defendants The damages sustained by him and That an inquest be Taken before a jury To assess plaintiff's damages and That upon rendering of a verdict by The jury, Judgment be entered in accordance There with;

This case was regularly brought on for hearing on The date befor The court and a jury ofter due notice There of To said defendants, and The jury has rendered a verdict for The plaintiff and against defendants Jose Delgado, John Lahda, Helen-Dorsey, Sandi Orelman, Yolanda Zayas, Kunjathan-ThanKappan, Agil Hashim, Frank Faccin, Broono-Nicholos Kozikowski, in The Sum of $75.000.00. compensatory damages. IT is hereby

Ordered, Adjudged And Decreed That The plaintiff recover of The defendants Jose Delgado, ETAL The Sum of $75,000.00. Together with Court Costs.

Date: _____

_____
United States District Judge

# Certification

I hereby certify That a copy of The foregoing was mailed To The defendants Attorney of record This 19Th Day of October 2005

Defendants    Individual    Capacity

Jose, Delgado, ETAL
John Lahda
Helen Dorsey
Sandi Orelman
Yolanda Zayas
Kunjathan Thankappan
Aqil Hashim
Frank Paccin
Bruono
Nicholas Kozikowski

Robert B. Fiske
Assistant Attorney General
110, Sherman Street
Hartford Connecticut
             06105

Plaintiff
By x James McK
James mckinnon
Corrigan Correctional
986, Norwich New london
Uncasville, CT
          06382