United States District Court

District of Connecticut

FILED

2005 DEC 20 P 4:31

U.S. DISTRICT COURT

James McKinnon
   Plaintiff

V.

Jose Delgado, ETAL
Defendants

Civil, No, 3:03CV71

(JBA)

December 10,2005

Individual Capacity

Plaintiff Motion Regarding Settlement That Has Obviate the need for Further Litigation.

Plaintiff respectfully reported to this court with closing papers that the cases are infact settled.

Plaintiff motion is to respectfully thank this Honarable Court for all reasonable steps within power to ensure Federal Rules of Civil Procedures.

By x James McKi____
James McKinnon prose

## Certification

I hereby certify that the foregoing was mailed to the defendants Attorney of record this <u>10</u>th Day of December 2005

Defendants          Individual Capacity?

Jose Delgado, ETAL
Helen Dorsey
Bruono
Frank
Aqil Hashim
Kozikowski
John LaHDa
Sandi Orleman
Thankappan
<u>Yolanda Zayas</u>

Robert Fiske
Assistant Attorney Generals
110, Sherman Street
Hartford Connecticut
                    06105

Plaintiff
By x Jane McK____
James McKinnon
Corrigan Correctional
986, Norwich NewLondon
Uncasville, CT
                06382