UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JAMES MCKINNON | : | PRISONER<br>CIVIL NO. 3:03CV071(JBA) |
| v. | : | |
| JOSE DELGADO, ET AL. | : | DECEMBER 5, 2005 |

**STIPULATION OF DISMISSAL**

Pursuant to Fed. R. Civ. P. 41(a)(1) the parties hereby stipulate to the dismissal of this matter with prejudice and without and award of costs.

DEFENDANTS
Jose Delgado, Et Al.

RICHARD BLUMENTHAL
ATTORNEY GENERAL

BY: _____
Robert B. Fiske, III
Assistant Attorney General
110 Sherman Street
Hartford, CT 06105
Federal Bar #ct17831
E-Mail: robert.fiske@po.state.ct.us
Tel.: (860) 808-5450
Fax: (860) 808-5591

_____
PLAINTIFF
James McKinnon, Inmate #100770
Corrigan-Radgowski Correctional Center
986 Norwich-New London Turnpike
Uncasville, CT 06382

## CERTIFICATION

I hereby certify that a copy of the foregoing was mailed to the following on this 23rd day of December, 2005:

James McKinnon, Inmate #100770
Corrigan-Radgowski Correctional Center
986 Norwich-New London Turnpike
Uncasville, CT 06382

Robert B. Fiske, III
Assistant Attorney General